_Filed _Received _Entered _Served On
Counsel/Parties of Record

AUG 3 1 2026

Clerk US District Court
District of Nevada
By: __________ Deputy

Your Name: Tina Lynn Anderson
Address: PO BOX 1962, Minden, NV. 89423
Phone Number: (775) 230-6131
Fax Number: N/A
E-mail Address: N/A Hacked 3Yrs tina.l.anderson2212@g.mail
tina.anderson0422@g.mail.com
not1442no@gmail.com
Pro Se Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Tina Lynn Anderson

Plaintiff,

vs.

Kami Elois Power aka Ryan Wedding is Steven Cameron, native of Coquitlam B.C

Defendant.

Case Number: 3:26-cv-00656

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ☒ No ☐

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

1. My case belongs in federal court

☐ under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] ______________________________

______________________________

☒ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

**VENUE**

[*Nevada is one "judicial district." Check the box for each venue option that applies.*]

2. Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

**INTRADISTRICT ASSIGNMENT**

[*This District has two unofficial divisions. One is the "Northern Division" covering northern Nevada including Carson City, Churchill, Douglas, Elko, Eureka, Humboldt, Lander, Lyon, Mineral, Pershing, Storey, Washoe and Whitepine counties at the courthouse in Reno. One is the "Southern Division" covering southern Nevada including Clark, Esmeralda, Lincoln, and Nye counties at the courthouse in Las Vegas.*]

3. Because this lawsuit arose in Douglas County, it should be assigned to the Northern Division of this Court.

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Tina Lynn Anderson

Address: PO Box 1962, Minden, NV, 89423

Telephone: (775) 230-6131

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1: Correct DOB 4-4-1957(60) aka Ryan Wedding

Name: Steven Cameron aka Kami Elois Power

Address: [*if Defendant is an individual do not list home address, just use county and state*]

Telephone: unknown

Defendant 2:

Name: Ronald Michael Spallone (husband of #1)

Address: [*if Defendant is an individual do not list home address, just use county and state*]

Telephone: unknown

Defendant 3:

Name: Kristina Nicole Pozzo

Address: [*if Defendant is an individual do not list home address, just use county and state*]

Telephone: unknown

**STATEMENT OF FACTS**

[*Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

#6. On 9-30-25 I filed a police report w/ DCSO due to a stalker and hacker of 8 cell phones in my family by IP address hacking and physical stalking/harassment. It was Ronald Michael Spallone. He was hacking my bank acct for about $50,000 and was reported to the Greater Nevada Credit Union Fraud department w/ Chris. Greater Nevada Credit Union Fraud - PO Box 2128, Carson City, NV. 89702. On 8-17-26 I spoke w/ Eric over the phone and he accused me of "refusing to work w/ Fraud in Dec. 2025" in the computer. Hacked again with an electromagnetic transmitter and cryptocurrency. I was being physically attacked w/ Gamma Rays Radiation through a brain wave radio frequency transmitter called Blunted Gamma. I was taken by ambulance Dec. 15, 2025 to CTH for gamma rays radiation and treated. Long story!

Upon getting a copy of the police report, I received this enclosed letter from the United States District Court regarding Kami Elois Power. DCSO never did a thing except ask how much money I was missing.

#7. Kami Elois Power was released on "Parole unsupervised" on December 4, 2025. Apparently a habeas corpus by Dena M. Coggins got him/her out of prison. That info came from Parole & Probation over the phone. Kami Elois Power is a transgender alias name aka Ryan Wedding (moniker-AI generated figure) who is truely Steven Cameron, native of Coquitlam B.C. and in the USA on a fake Candian Visa Identity w/ the same "electromagnetic transmitter" by Ron Spallone.

After my own research, Steven Cameron & Ronald Michael Spallone work for ~~[illegible]~~ Kristina Nicole Pozzo, CEO of the "Sinaloa Drug Cartel". Now the DOJ and FBI are involved January 2026. Very complex case still ongoing!

#8. Kristina Nicole Pozzo pays Steven Cameron and Ronald Michael Spallone to hack the "Global Anomoly" and those related to cops, judges, military and Christian avangelists, to destroy and kill hense the "Sinaloa Drug Cartel Gang Terrorists." I know of all 3 of these people. I'm attacked 24/7 through "Military Grade Physical Virtual Gaming Killing" via "Valorant" video game. Our whole family is suffering!!

**CLAIMS**

**First Claim**

(*Name the law or right violated:* Common Law Fraud)

(*Name the defendants who violated it:* Steven Cameron Ronald Michael Spallone, Kristina Nicole Pozzo.)

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

#9. Myself- physically harmed by Gamma Rays Radiation to my eyes to blind me and still being treated by Dr. Sergio Cruz, diabetic Opthamologist since January 2026. I have been in the ER 7 times and my visits were hacked again by Ronald Michael Spallone paid by Kristina Nicole Pozzo to do so. Right now my A1c is 11.2 due to "Gamma Rays Radiation with precursors (poison) after it being 5.8 just 3 months ago. Steven Cameron aka Ryan Wedding is the FBI's #1 MOST WANTED "INTERNATIONAL" FENTYNAL LORD, COCAINE KING, GLOBAL MURDERER". Steven cameron and Ronald Michael Spallone were hired by Kristina Nicole Pozzo to "Kill" my mom, dad, my sister and me. My mom, dad and husband are dead! Huge case w/ the FBI but "Kami Elos Power" NEVER should have been released. the media says she's captured like Ryan Wedding but Paul Stockton was framed on Feb. 27, 26 w/ Judge Dena M. Coggins. in Sacramento, CA at Eastern District Court.

______________ **Claim**

(*Name the law or right violated*: ______________)

(*Name the defendants who violated it*: ______________)

Steven Cameron (Extremly Violent!)
Silver City RV Resort
3165 Hwy 395 North, Space 42
Minden, NV. 89423

Ronald Michael Spallone
Silver City RV Resort
3165 Hwy 395 North, Space 42
Minden, NV. 89423

Kristina Nicole Pozzo
1347 El Dorado Drive Apt D
Gardnerville, NV. 89410

Travel Trailer for Steven Cameron and Ronald Michael Spallone
- Michigan Plate - F087509
- Jeep Wrangler (Gray) Nevada SK 2028
- Ram Duely Truck (Gray) Nevada LT 65704

**DEMAND FOR RELIEF**

[*State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.*]

I am out about $100,000 total roughly. I'm 63, a physical disability and on disability Social Security. I'm barely surviving physically and financially due to 41 cyber crimes by a drug cartel gang of terrorists. My whole life is upside down. (My back is fried Please help me! (too after 5 surgeries) "PAIN!!"

* thank You!

The physical attacks are Brain, Eyes, Throat Heart and Ears - Molecular Brain Disorders w/ Gamma Rays Radiation and Radio Frequency

**DEMAND FOR JURY TRIAL**

[*Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.*]

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 8-30-26 Sign Name: [signature]

Print Name: Tina L. Anderson

*[Copy this page and insert it where you need additional space.]*

___. There are about 50 games submitted to the FBI to kill and or commit AI cyber crimes —

No one is safe or animals.

___. * Steven Cameron has had a "vaginal plasty" for being a child molester and rapist under Benny Mollen.

___. 

___. 

___. 

3:26-cv-00656

2025/12/09 15:17:39 2 /2

# United States District Court

DISTRICT OF NEVADA
PROBATION OFFICE

Sarah R. Johnson
CHIEF PROBATION OFFICER

☐ Reply to Las Vegas
Foley Federal Building
300 Las Vegas Blvd. South
Suite 1200
Las Vegas, NV 89101
Tel: 702-527-7300
Fax:702-527-7345

☒ Reply to Reno
Bruce R. Thompson U.S. Courthouse
400 S. Virginia St.
Suite 103
Reno, NV 89501
Tel: 775-686-5980
Fax: 775-800-2953

December 9, 2025

Douglas Co SO
Attn: Records

RE: Kami Elois Power
AKA: Click here to enter text.
DOB: April 4, 1970
SSN: 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

Arrest # 23SO14400, Date of Arrest: 08/30/2023 – Fail Register by Conv Person

ARREST REPORT

The Court has ordered that an initial criminal records investigation and/or presentence investigation and report be completed on the above-named. As a result, this office is asking for your assistance.

Records indicate that the above defendant was arrested by your agency. Please provide the arrest reports and any pertinent information. Should you require additional information, please do not hesitate to contact the undersigned.

Response at your earliest convenience would be greatly appreciated. A fax copy of the information may be directed to 775-800-2953 or email holly_harwell@nvp.uscourts.gov.

Thank you for your valuable assistance in this matter.

Sincerely,

Holly Harwell
Probation Services Assistant

# Douglas County Sheriff Minden, Nevada

Confidential Deputy Report for Incident 25SO26067 I resided here ~~and Pop Spallone got me~~ kicked out.

**Nature:** Susp Circ P2

**Location:** VO60

**Address:** 3165 US HWY 395 N; INHL; SILVER CITY RV PARK; #55 Minden NV 89423

**Offense Codes:** PSC
**Received By:** Hanson Megan **How Received:** T **Agency:** DCSO
**Responding Officers:** Sampson, M, Incopero N
**Responsible Officer:** Incopero N **Disposition:** CLO 09/30/25
**When Reported:** 02:59:25 09/30/25 **Occurred Between:** 02:59:25 09/30/25 and 03:01:21 09/30/25

**Assigned To:** **Detail:** **Date Assigned:** **/**/**
**Status:** **Status Date:** **/**/** **Due Date:** **/**/**

**Complainant:**
**Last:** **First:** **Mid:**
**DOB:** **/**/** **Dr Lic:** **Address:**
**Race:** **Sex:** **Phone:** **City:** ,

False! Wrong! Hacked!

## Offense Codes

**Reported:** **Observed:**
**Additional Offense:** PSC SUSP PERSON OR CIRCUMSTANCE

## Circumstances

MOST Mobile Outreach Services Triag

| Responding Officers: | Unit : |
|---|---|
| Sampson, M | 171 |
| Incopero N | 104 |

**Responsible Officer:** Incopero N **Agency:** DCSO
**Received By:** Hanson Megan **Last Radio Log:** 03:49:01 09/30/25 CMPLT
**How Received:** T Telephone **Clearance:** RTF Report To Follow
**When Reported:** 02:59:25 09/30/25 **Disposition:** CLO **Date:** 09/30/25
**Judicial Status:** **Occurred between:** 02:59:25 09/30/25
**Misc Entry:** **and:** 03:01:21 09/30/25

**Modus Operandi:** **Description :** **Method :**

CONFIDENTIAL - THIS REPORT IS NOT TO BE REPRODUCED OR RELEASED WITHOUT THE AUTHORIZATION OF THE DOUGLAS COUNTY SHERIFF'S OFFICE

## Involvements

| Date | Type | Description | Relationship |
|---|---|---|---|

CONFIDENTIAL - THIS REPORT IS NOT TO BE REPRODUCED OR RELEASED WITHOUT THE AUTHORIZATION OF THE DOUGLAS COUNTY SHERIFF'S OFFICE

## Narrative

DOUGLAS COUNTY SHERIFF'S OFFICE
INVESTIGATION NARRATIVE
CASE #25SO26067

CLASSIFICATION:

Suspicious Circumstance

DISCLAIMER:

THIS REPORT IS A SYNOPSIS OF MY INVESTIGATION INTO THIS MATTER. THIS REPORT IS NOT AN EXACT REPRESENTATION OF THE CHRONOLOGY OF MY INVESTIGATION. THE STATEMENTS ATTRIBUTED TO THE INDIVIDUALS I CONTACTED DURING THIS INVESTIGATION ARE ALSO SYNOPSIZED TO PROVIDE THE GENERAL CONTEXT/CONTENT OF WHAT I LEARNED FROM THEM. PLEASE REFER TO FOOTAGE FROM MY BODY WORN CAMERA FOR ADDITIONAL DETAIL REGARDING THIS INVESTIGATION.

DETAILS:

On September 30, 2025, at approximately 0300 hours, I responded to 3165 US Highway 395 #55 in Minden, Nevada (Douglas County) for a report of suspicious circumstances. The reporting party, Tina Anderson advised her neighbors were listening to her via her Bluetooth. ?

It was a transmitter

Upon my arrival, I contacted Tina who told me the following:

Not true

Tina advised her neighbors in #42 and #65 were listening to her and knew her every movement inside of her trailer. Tina alleged the subjects knew when she was taking a shower, laying in bed, opening the refrigerator door, and going to the bathroom. Tina bought a Bluetooth that plugs into her television so she can listen to the television on her headphones. Tina believes the subjects tapped into her Bluetooth and are listening to her while she is in the trailer. Tina stated she knew this to be fact, because the subjects speak to each other outside of her trailer and state out loud what she is doing and where she is in the trailer. Tina advised the last time she heard the subjects were at approximately 0300 hours.

Not true

#42 - Not true

Tina also believes the subject in #65 stole her identity. Tina advised she bought her son a vehicle several days prior and a credit report was completed. Tina saw on the credit report that someone used her date of birth. Tina could not provide me the credit report and did not have a reason to why the subjects in #65 stole her identity, other than the subjects knew her age. Tina could not provide me the credit report or any further information on why she believes her identity was stolen. #42

Not true

It is not possible for someone to listen to someone else over a Bluetooth system like Tina is alleging. Tina could not provide me any further information on why she believes the subjects were listening to her via her Bluetooth and Tina's story did not make sense. I believe Tina is possibly experiencing a mental health episode. ? Both trailers where she was alleging the subjects were harassing her were both quiet and dark. Of what? not true

Not true

At approximately 0500 hours, Tina called DCSO dispatch and advised the subjects were speaking to her through the walls of her trailer. Tina advised the subjects woke her up and were talking about her "vaping". I advised Tina both trailers when I was on scene earlier in the night, were both dark and quiet. Tina responded, "they are good at hiding." Tina's statements did not make sense and were inconsistent. Deputies conducted an area check and no disturbance was occurring.

Based on this information, I could not establish that a harassment occurred or was occurring. Based on Tina's odd and inconsistent statements, I believe Tina is experiencing a mental

health episode. I will be forwarding this report to the Mobile Outreach and Safety Team (MOST) and this report is to document the incident.

Not True - handled. by Ron Spallone #42

DISPOSITION:

Closed by report.
Forward to MOST.

No mental health issues!

Deputy N. Incopero #629
Tue Sep 30 05:20:40 2025

Reporting Deputy

**Responsible LEO:**

**Approved by:**

**Date**

CONFIDENTIAL - THIS REPORT IS NOT TO BE REPRODUCED OR RELEASED WITHOUT THE AUTHORIZATION OF THE DOUGLAS COUNTY SHERIFF'S OFFICE

**Supplement**

DOUGLAS COUNTY SHERIFF'S OFFICE
SUPPLEMENTAL NARRATIVE
CASE #25SO26067

CLASSIFICATION:

Supplemental Report.

DISCLAIMER:

THIS REPORT IS A SYNOPSIS OF MY INVESTIGATION INTO THIS MATTER. THIS REPORT IS NOT AN EXACT REPRESENTATION OF THE CHRONOLOGY OF MY INVESTIGATION. THE STATEMENTS ATTRIBUTED TO THE INDIVIDUALS I CONTACTED DURING THIS INVESTIGATION ARE ALSO SYNOPSIZED TO PROVIDE THE GENERAL CONTEXT/CONTENT OF WHAT I LEARNED FROM THEM. PLEASE REFER TO FOOTAGE FROM MY BODY WORN CAMERA FOR ADDITIONAL DETAIL REGARDING THIS INVESTIGATION.

DETAILS: wrong name Silver City RV Resort

On October 9, 2025, at approximately 0927 hours, I, Deputy Warren, followed up on a previous report involving Tina Anderson, who resides at 3165 U.S. Highway 395, space #55, within the Carson Valley RV Park in Minden, Nevada. I met with Tina at 1038 Buckeye Road, Douglas County Sheriff's Office main station. This supplemental report documents additional statements made by Tina regarding her ongoing concerns of being monitored and harassed by her neighbors.

Not true. We were talking at the Target parking lot area on Topsy.

Upon contact, Tina reported that she continues to believe her neighbor residing in space #42 has hacked into her Bluetooth device, is filming her without her consent, and communicates with her through the walls of her trailer. Tina stated she believes the subject records her while she is unclothed and makes comments about her activities inside the trailer. Tina advised the subject in #42 makes statements describing what she is doing in real time, which Tina interprets as evidence that the individual is watching or recording her. Not true

Tina reiterated her previous concerns that her neighbors in spaces #42 and #65 are listening to her through her Bluetooth connection. She again explained that she utilizes a Bluetooth adapter connected to her television, which allows her to listen to television audio through wireless headphones. Tina stated she believes her neighbors have gained access to this Bluetooth connection and can hear and monitor her conversations and movements inside the trailer. Not true

I attempted to make contact with the residents at spaces #42 (NO) and #65; however, I was unable to contact anyone at either location. Both trailers appeared dark and quiet at the time of my attempts.

I later contacted Marci Appleton, manager of the Silver City RV Park, regarding Tina's allegations. Marci stated she had spoken with both residents occupying spaces #42 and #65. (NO) Both residents denied ever having any contact with Tina and stated they do not know who she is. Marci also advised that neither resident has made any complaints about Tina or reported any disturbances involving her. Marci further stated she believes Tina may be experiencing some form of mental health episode, possibly related to her medications. Marci said she has shared her concerns with Tina's son and advised him to seek help for his mother. for what?

Why would I know them?

Based on my observations and the statements obtained, I was unable to substantiate Tina's allegations of harassment, unlawful surveillance, or

Not true

CONFIDENTIAL - THIS REPORT IS NOT TO BE REPRODUCED OR RELEASED WITHOUT THE AUTHORIZATION OF THE DOUGLAS COUNTY SHERIFF'S OFFICE

Bluetooth interference. Tina's statements remained inconsistent and appeared influenced by possible mental health factors. Due to the nature of her allegations and the absence of corroborating evidence, I believe Tina may be experiencing a mental health episode. Not true - Hacked

No mental health issues!

This information will be forwarded to the Mobile Outreach and Safety Team (MOST) for follow-up and mental health resources. This report is intended to supplement the original incident report and document Tina's ongoing concerns and statements. Never happened.

DISPOSITION:

Closed by report.
Forward to MOST.

Deputy E. Warren #630
Thu Oct 9 14:00:37 2025

Reporting Deputy

CONFIDENTIAL - THIS REPORT IS NOT TO BE REPRODUCED OR RELEASED WITHOUT THE AUTHORIZATION OF THE DOUGLAS COUNTY SHERIFF'S OFFICE

**Supplement**

DOUGLAS COUNTY SHERIFF'S OFFICE
SUPPLEMENTAL NARRATIVE
CASE #25SO26067

CLASSIFICATION:

Supplemental Narrative

DISCLAIMER:

THIS REPORT IS A SYNOPSIS OF MY INVESTIGATION INTO THIS MATTER. THIS REPORT IS NOT AN EXACT REPRESENTATION OF THE CHRONOLOGY OF MY INVESTIGATION. THE STATEMENTS ATTRIBUTED TO THE INDIVIDUALS I CONTACTED DURING THIS INVESTIGATION ARE ALSO SYNOPSIZED TO PROVIDE THE GENERAL CONTEXT/CONTENT OF WHAT I LEARNED FROM THEM. PLEASE REFER TO FOOTAGE FROM MY BODY WORN CAMERA FOR ADDITIONAL DETAIL REGARDING THIS INVESTIGATION.

DETAILS:

On December 11, 2025, at approximately 1200 hours. Tina came to the DCSO main station. Tina wished to report the same individuals mentioned in the above-mentioned case number tracking her with a GPS (global positioning system)? device. Tina also mentioned that she had lost approximately $25,000.00 from her bank account.

It was a tracker

Tina advised she had printed out statements from her bank detailing the monetary? loss. Tina also provided me with what appeared to be a wireless Bluetooth TV device. Tina claimed she had removed another GPS device from her fuse box inside her vehicle.

Bluetooth transmitter

?. Not true

I took the statement papers and "GPS" device from Tina and looked through them.

The "GPS" devices Tina provided were a Bluetooth TV connection device and a vehicle fuse. There is no reason to believe that either item can be used for tracking a person's movements.

Bluetooth transmitter

I looked through the stack of papers and observed multiple unrelated papers detailing various Wikipedia articles about stalking and an article from the record courier and life insurance policies in her son's name, who lives in Illinois. The bank statements provided to me do not detail that transactions are fraudulent. Tina wrote "Hacked" on the top but, did not detail any transactions to be unauthorized.

he lives in Nevada

This conversation was over the phone.

Hacked ← Not true

Based on the items provided, I am unable to determine whether criminal activity is taking place. The purpose of this report is to document the ongoing claims related to the above listed case number.

DISPOSITION:

Attach to Original Report

DATE, TIME, REPORTING DEPUTY:

Del Soldato #621
12/13/25 0845 Hours

He (Deputy Del) asked me for the Bluetooth Transmitter, Tracker fuse and paperwork to show Kami Elois Power to be a lx exfelon. All over the phone. We never met face to face (Del Soldato)

CONFIDENTIAL - THIS REPORT IS NOT TO BE REPRODUCED OR RELEASED WITHOUT THE AUTHORIZATION OF THE DOUGLAS COUNTY SHERIFF'S OFFICE

**Supplement**

DOUGLAS COUNTY SHERIFF'S OFFICE
INVESTIGATION NARRATIVE
CASE #25SO26067

CLASSIFICATION:

Supplemental.

ATTACHED:

None.

EVIDENCE:

None.

Description:

DISCLAIMER:

THIS REPORT IS A SYNOPSIS OF MY INVESTIGATION INTO THIS MATTER. THIS REPORT IS NOT AN EXACT REPRESENTATION OF THE CHRONOLOGY OF MY INVESTIGATION. THE STATEMENTS ATTRIBUTED TO THE INDIVIDUALS I CONTACTED DURING THIS INVESTIGATION ARE ALSO SYNOPSIZED TO PROVIDE THE GENERAL CONTEXT/CONTENT OF WHAT I LEARNED FROM THEM. PLEASE REFER TO FOOTAGE FROM MY BODY WORN CAMERA FOR ADDITIONAL DETAIL REGARDING THIS INVESTIGATION.

DETAILS:

On Friday, the 26th of December 2025, at approximately 2232 hours, Tina Anderson called the Douglas County Sheriff Office Dispatch, regarding her previously reported case of harassment. Tina requested a phone call as she had new information.

Not true. I was taking care of my ill dad, Sparks, NV

I called Tina at her request. Tina provided the following information, not verbatim. After Tina reported issues with her neighbors in the Silver City RV Park, Tina moved to Sparks, Nevada. Tina stated she had received a copy of a report from the East Fork Fire Protection district, regarding a recent medical event. Tina claimed that the report had been "hacked" or altered. Tina had received a report from the sheriff office, also claiming that it had been hacked or altered. Tina did not specify what the inaccuracies were.

TRUE

Not true

Criminal Name Always Kami Elos Power

Tina stated she had been subjected to Gama radiation but the suspects. Tina stated her former neighbors, Kami Power was involved as well as a male subject, name similar to Robert Spallone of Minden, Nevada. Tina claimed Robert was very tech savvy and capable of hacking computer systems.

typo ? who ? Ronald Michael Spallone

Tina tried to report this information to Sparks Police Department who refused to take the report as it had been previously reported in this jurisdiction. Tina was referred to back to Douglas County Sheriff Office. A review of the previous reports involving Tina showed all previous allegations as unfounded or unsubstantiated.

A query through Spillman showed Kami Power with a last address of 1886 Sorrel Ln, Gardnerville, In Douglas County. A query through Thomson Reuters Clear.com database showed Kami Power never had an address in the Silver City RV park and was not a neighbor of Tina Anderson. Also, Kami Power was recently found guilty

who? ? what Had no clue about an address.

Fake identity in the RV Park

CONFIDENTIAL - THIS REPORT IS NOT TO BE REPRODUCED OR RELEASED WITHOUT THE AUTHORIZATION OF THE DOUGLAS COUNTY SHERIFF'S OFFICE

in federal court for embezzlement and was awaiting sentencing as reported in several local news outlets.

A query through Spillman database showed no results for the name Robert Spallone. A query through Thomson Reuters Clear.com database identified a Robert Spallone of California with no current or previous residences in Nevada.

Spillman – this guy is a professional football player for the Patriots

? who

who ?
who ?

what ?

CONCLUSION:

Tina Anderson claimed to have additional information regarding alleged fraud, harassment, and identity theft that was previously determined to be unfounded. Tina identified Kami Power and Robert Spallone as possible suspects. A review through Spillman and Thomson Reuters Clear.com databases showed no viable connection between Tina and those subjects as she claimed.

Not true

who ? what ? who ?

DISPOSITION:

Attach to original report.

Date, Time, Reporting Deputy:

27th of December 2025, 0510 hours, Dep. Z. Hickman #588.

Robert Spallone is a porn director

CONFIDENTIAL - THIS REPORT IS NOT TO BE REPRODUCED OR RELEASED WITHOUT THE AUTHORIZATION OF THE DOUGLAS COUNTY SHERIFF'S OFFICE

## Supplement

DOUGLAS COUNTY SHERIFF'S OFFICE
SUPPLEMENTAL NARRATIVE
CASE #25SO26067

The purpose of this supplemental report is to provide additional information to a Suspicious Circumstance report taken on 9/30/25.

ATTACHED:

Letter to Judge Coggins
Copy of original DCSO report
US District Court Arrest Report
EFJC Order Denying TPO Request
Bank Statements and Account Summary
Life Insurance Notices
State Farm receipt of payment
Medical Patient Reports
Copy of checks electronically deposited
Gamma wave information

DISCLAIMER:

THIS REPORT IS A SYNOPSIS OF MY INVESTIGATION INTO THIS MATTER. THIS REPORT IS NOT AN EXACT REPRESENTATION OF THE CHRONOLOGY OF MY INVESTIGATION. THE STATEMENTS ATTRIBUTED TO THE INDIVIDUALS I CONTACTED DURING THIS INVESTIGATION ARE ALSO SYNOPSIZED TO PROVIDE THE GENERAL CONTEXT/CONTENT OF WHAT I LEARNED FROM THEM. PLEASE REFER TO FOOTAGE FROM MY BODY WORN CAMERA FOR ADDITIONAL DETAIL REGARDING THIS INVESTIGATION. (Deputy Ricer & I)

DETAILS: what? I know where we are meeting

On December 28, 2025, at approximately 1140 hours, I was dispatched to the Douglas County Sheriff's Office, located at 1038 Buckeye Road, Minden, Nevada, for a supplemental report. The reporting party, Tammy Anderson, stated she had paperwork to add to her original case to include a letter, receipts, etc. Who? I'm Tina

Upon my arrival, I met with Tammy and learned the following:

Tammy stated she recently spoke with Deputy Hickman about this case and wanted to turn in paperwork to attach to the report. Tammy advised she drove from Sparks, Nevada, to drop of the paperwork.

Sacramento Tammy provided me a large stack of papers to include her letter to Judge Coggins in California, a copy of the original report, a U.S. District County arrest report, East Fork Justice Court's order denying her Temporary Protection Order request, her Capital One account summary, her life insurance notices from Gerber and Franklin Madison, Wells Fargo bank statements, State Farm payment receipts, medical patient reports, copy of checks, and a printout of of information on gamma wave stimulation in brain disorders. Not mentioned. 2 times Hacked by Ron

true what? not true

Tammy told me that the person who is hacking her brain, believed to be a subject by the name Robert Spallone, is using gamma waves and radiation. Tammy also stated that she believes the original police report taken on this case was hacked, as well as her hospital report when she was treated for potassium deficiency. As mentioned in her previous reports, Tammy stated she has lost large amounts of money and her life insurance policies because of this hacker. ← true

true

CONFIDENTIAL - THIS REPORT IS NOT TO BE REPRODUCED OR RELEASED WITHOUT THE AUTHORIZATION OF THE DOUGLAS COUNTY SHERIFF'S OFFICE

Tammy is worried about her health due to the stress this has caused and continues to cause.

I am requesting these reports be forwarded to MOST and Douglas County Social Services.

Never happened

DISPOSITION:

Attach to Original Report.
Forward to MOST.
Forward to Douglas County Social Services.

DATE/TIME, REPORTING DEPUTY:

Sun Dec 28 13:32:16 2025
Deputy Riker #633

CONFIDENTIAL - THIS REPORT IS NOT TO BE REPRODUCED OR RELEASED WITHOUT THE AUTHORIZATION OF THE DOUGLAS COUNTY SHERIFF'S OFFICE

Former Employee of South Lake Tahoe Construction ...

Nov 19, 2025 — Power is scheduled to be sentenced by Judge Coggins on Feb. 27, 2026. Power faces a maximum statutory penalty of 20 years in priso...

Department of Justice (.gov)

Transgender Version of Steven Cameron aka Ryan Wedding

Felon who hid in plain sight sent to prison - Tahoe Daily Tribune

Jul 9, 2024 — News | Jul 9, 2024. Kurt Hildebrand / Record-Courier. A six-time felon who ingratiated herself with the Douglas County Sheriff's O...

TahoeDailyTribune.com



Gardnerville woman faces federal charges in $1.4 million theft

Jan 16, 2025 — Power was investigated by the FBI and the South Lake Tahoe Police Department. During her July sentencing in Minden, attorneys said...

The Record Courier



Show all

Dive deeper in AI Mode

AI responses may include mistakes. Learn more

Department of Justice (.gov)
https://www.justice.gov › usao-edca › former-employee...

Former Employee of South Lake Tahoe Construction ...

Nov 19, 2025 — **Power** is scheduled to be sentenced by Judge Coggins on Feb. 27, 2026. **Power** faces a maximum statutory penalty of 20 years in prison and a ...

Missing: ~~probation~~ | Show results with: probation

TahoeDailyTribune.com
https://www.tahoedailytribune.com › news › felon-who...

Felon who hid in plain sight sent to prison

Jul 9, 2024 — Gardnerville resident **Kami Elois Power**, 54, admitted to one count of a possession of a firearm by a prohibited person on May 14 after being ...

Missing: ~~facts~~ | Show results with: facts

facebook

Log In

## Carson Now's Post

×

**Carson Now**
**November 23 at 9:30 AM ·**

Following a six-day trial, Kami Elois Power was found guilty of 11 counts of wire fraud, three counts of bank fraud and three counts of aggravated identity theft.

CARSONNOW.ORG
**Gardnerville woman found guilty of stealing $1.4M from Tahoe construction job - Carson Now**
Following a six-day trial before U.S. District Judge Dena M. Coggins, Kami Elois Power, 54, of Gardnerville, was found guilty on Wednesday of 11 counts of wire fraud, three counts [...]

44 9 comments 1 share

Like Comment

**Most relevant**

**MJ Bennett**
Happens more than we ever hear about!
3w

**Anndrea Quaill**
I'll never understand what possesses people
3w

**Nate Zufelt**
Some people's children
3w

**Daisy GheeDez**
Lol it's crazy now yall getting these people..they're the same ones renting/leasing spots or owning them paying them for their living in real estate.. look there too I went through major fraud & it was an ex in law & cousin line
3w

Most relevant is selected, so some comments may have been filtered out.

AI Mode All Images Videos News More Sign in

**Kami Elois Power** (54, of Gardnerville, Nevada) is a former office manager convicted of a large-scale embezzlement scheme in South Lake Tahoe.

She used several fraudulent business aliases and fake profiles to disguise over $700,000 in illegal transfers:

- **KEP Inc. Sale**: A fake company using her own initials.
- **KPI**: Another business alias derived from her initials.
- **Fake Vendor Profiles**: She created multiple profiles using the names of **real companies** to make fraudulent payments appear as legitimate business expenses for vendor services, payroll, or reimbursements.

In November 2025, a jury found Power guilty of **11 counts of wire fraud, three counts of bank fraud**, and **three counts of aggravated identity theft** for stealing a total of $1.4 million.

Do you need details on the **sentencing date** or the **specific assets** seized by the U.S. Attorney's Office?

5 sites

**Former Employee of South Lake Tahoe Construction ...**
Nov 19, 2025 — For Immediate Release. U.S. Attorney's Office, Eastern District of California. Following a six-day trial before U.S. District Judg...
Department of Justice (.gov)

**Former South Lake Tahoe construction employee convicted of fraud, identity theft**



+

AI Overview

Based on recent court records and news reports (as of early 2026), here are the facts regarding Kami Elois Power:

**Legal Status and Charges**

- **Conviction:** Kami Elois Power, 54, of Gardnerville, Nevada, was found guilty of 11 counts of wire fraud, three counts of bank fraud, and three counts of aggravated identity theft, according to reports from November 2025.
- **Case Details:** The charges stem from an investigation by the FBI and South Lake Tahoe Police Department, which revealed she embezzled over $1.4 million from a South Lake Tahoe construction company.
- **Federal Sentencing:** She is scheduled to be sentenced in federal court (Eastern District of California) by Judge Coggins on **Feb. 27, 2026.**
- **Potential Penalty:** Power faces a maximum statutory penalty of 20 years in prison for wire fraud, 30 years for bank fraud, and a mandatory two-year sentence for aggravated identity theft.

**Current Custody and Previous Convictions**

- **Current Custody:** As of early 2025, she was in federal custody (Case 2:25-cr-00010) following an order of habeas corpus.
- **Previous Prison Sentence:** In July 2024, she was sentenced to 14–36 months in Nevada state prison for possession of a firearm by a prohibited person.
- **Background:** She has a history of convictions, including at least six felonies related to embezzlement of over $700,000 from California employers around the turn of the century.

**Probation and Release Date**

- **No Early Release:** Due to her pending federal sentencing, active incarceration, and history of felonies, there is no information indicating a current probation date or immediate release.
- **Pending Sentence:** Her future release date will be determined by the federal sentence to be imposed on Feb. 27, 2026.

*Disclaimer: This information is based on public records and news reports available up to January 2026.*

Power was found guilty of 11 counts of wire fraud, three counts of bank fraud, and three counts of aggravated identity theft.

She is facing a maximum statutory penalty of 20 years in prison and a $250,000 fine for each count of wire fraud, 30 years in prison and a $1 million fine for each count of bank fraud, and a mandatory two-year sentence on each count of aggravated identity theft.

Power is scheduled to be sentenced on February 27 of next year.

PacerMonitor
https://www.pacermonitor.com › public › case › USA_...

## USA v. Power (2:25-cr-00010), California Eastern District ...

Jan 16, 2025 — ORDER FOR **RELEASE** OF PERSON IN CUSTODY signed by Magistrate Judge Sean C. ... Riordan on 1/8/2025 ORDERING Custodian to produce **Kami Elois Power**, ...
Missing: ~~facts~~ ~~probation~~

Sacramento Bee
https://www.sacbee.com › crime › article313007858

## Office manager convicted in $1.4M South Lake Tahoe theft

Nov 21, 2025 — **Power** faces a maximum sentence of 20 years in prison and a $250,000 fine for each wire fraud count, and 30 years in prison and a $1 million fine ...
Missing: ~~facts~~ | Show results with: facts

PacerMonitor
https://www.pacermonitor.com › public › case › USA_...

## USA v. Power (2:25-mj-00089), Nevada District Court

Jan 31, 2025 — 3, 3 MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) **Proceeding as to Kami Elois Power held on 1/31/2025** before Magistrate Judge ...
Missing: ~~probation~~ | Show results with: probation

Facebook · Carson Now
40+ reactions · 2 months ago

## Following a six-day trial, Kami Elois Power was found guilty ...

Following a six-day trial, **Kami Elois Power** was found guilty of 11 counts of wire fraud, three counts of bank fraud and three counts of ...
Missing: ~~facts~~ ~~probation~~

Federal Bureau of Investigation (.gov)
https://www.fbi.gov › sacramento-news › RSS XML

## Sacramento News

**Kami Elois Power**, 54, of Gardnerville, Nevada, was charged with wire fraud, bank fraud, and aggravated identity theft. Placer County Man Sentenced to 12 ...
Missing: ~~facts~~ | Show results with: facts

CaseMine
https://www.casemine.com › ... › 2025 › January

## United States v. Power | CR 2:25-mj-0004 SCR | E.D. Cal.

UNITED STATES OF AMERICA. Plaintiff. v. **KAMI ELOIS POWER**. Defendant. HONORABLE SEAN C.

# Your IC3 Complaint

| | |
|---|---|
| **Submission ID:** | 0cf55a5cec4d48f4ab4819f24a557639 |
| **Date Filed:** | 1/2/2026 3:19:19 PM EST |
| **Were you the one affected in this incident?** | Yes |

## Your Contact Information

| | |
|---|---|
| **Name:** | Tina Anderson |
| **Phone Number:** | 7757212232 |
| **Email Address:** | mchelle.md3@gmail.com |

## Complainant Information

| | |
|---|---|
| **Name:** | Tina Anderson |
| **Age:** | Over 60 |
| **Address:** | PO Box 1962 |
| **City:** | Minden |
| **County:** | Douglas |
| **Country:** | United States of America |
| **State:** | Nevada |
| **Zip Code/Route:** | 89423-1962 |
| **Phone Number:** | 7757212232 |
| **Email Address:** | mchelle.md3@gmail.com |

## Business Information

| | |
|---|---|
| **Is this on behalf of a business that was targeted by a Cyber incident?** | Yes |
| **Business Name:** | Silver City RV Resort |
| **Is the incident currently impacting business operations?** | Yes |

## Financial Transaction(s)

| | |
|---|---|
| **Did you send or lose money in the incident?** | Yes |
| **What was your total loss amount?** | 4,500.00 |

## Information About The Subject(s)

| | |
|---|---|
| **Name:** | KAMI ELOIS POWER |
| **Business Name:** | SILVER CITY RV RESORT |
| **Address:** | 3165 HWY 395 NORTH |
| **Suite/Apt./Mail Stop:** | SPACE 42 |
| **City:** | MINDEN |
| **Country:** | United States of America |
| **Zip Code/Route:** | 89423 |

**Name:** RONALD SPALLONE

**Business Name:** SILVER CITY RV RESORT

**Address:** 3165 HWY 395 NORTH

**Suite/Apt./Mail Stop:** SPACE 42

**City:** MINDEN

**Country:** United States of America

**State:** Nevada

**Zip Code/Route:** 89423

• • • •

**Name:** MALIA

**Business Name:** SILVER CITY RV RESORT

**Address:** 3165 HWY 395 NORTH

**Suite/Apt./Mail Stop:** SPACE 42

**City:** MINDEN

**Country:** United States of America

**State:** Nevada

**Zip Code/Route:** 89423

## Description of Incident

**Provide a description of the incident and how you (or those you are filling this out on behalf of) were victimized. Provide information not captured elsewhere in this complaint form:**

Starting 9-30-2025 I had a Bluetooth Transmitter hacked and reported to Douglas County Sheriff's Office. From that point on I have been stalked, hacked unbelievably, have had a creeper not only for myself but for my family. We have had 4 Social Security numbers compromised, 8 cell phone IP address' stolen, abuse from a game called G.A.M.M.A. that uses goggles, I was diagnosed with Gamma Rays Radiation after calling 911 from work. That report has been hacked, the Carson Tahoe Hospital Emergency Room report is hacked, a 911 call which resulting in an ER visit at Renown Hospital in Reno, Nevada has been hacked. All to say that I have mental problems. I have vision issues due to gamma radiation to my eyes, my blood pressure is so high through A Fib, I continually have cognitive issues with memory, spelling, remembering directions etc. I am diabetic and can lose my sight due to the laser. I am still currently under care with my eye doctor Sergio Cruz and medication to treat high eye pressure. I also continue to seek primary care from Dr. Joseph Pollino for depression, blood pressure, blood sugar and anxiety issues. My pharmacy profile at Walmart has been hacked. Dr. Cruz sent in Restasis electronically twice and it was hacked. I CANNNOT do anything electronically due to being hacked beyond belief. I am currently getting mail for past due accounts. I have never paid a bill late and my credit score was 810. My life is in danger every single day with the radiation and A Fib situation going on plus the violent content of the G.A.M.M.A. game. I have other family members affected by the same radiation, hacking, stalking and phone calls are blocked and cut off from the FBI, IRS, GENERAL INSPECTOR FOR SOCIAL SECURITY IDENTITY THEFT, GERBER LIFE INSURANCE (WHICH HAVE PAYOUT DATES AND NOT FROM ME), DR. CRUZ, MY BROTHER IN LAW THAT IS A JUDGE, MY COUSIN THAT IS A PASTOR, MY KIDS. WE CAN'T GUARANTEE TO GET OUT ON THE PHONES OR CALL 911 FOR AN EMERGENCY. THIS IS ABSOLUTELY CRAZY! THE STORIES FROM LOCAL LAW ENFORCEMENT AND THE FBI PHONE HAVE BEEN SO DIFFERENT AND NOT MATCHING. MY LIFE IS IN DANGER AND SO ARE THE MEMBERS OF MY FAMILY ON A MINUTE BY MINUTE BASIS. PLEASE HELP! THIS LADY IS WANTED BY THE UNITED STATES DISTRICT COURT. HE WAS OUT ON PAROLE DECEMBER 4, 2025 UNSUPERVISED WHICH IS INSANE. HER PARTNER RONALD SPALLONE AND MINOR CHILD MALIA ARE ALL IN THIS TOGETHER WITH THE

VIOLENCE AND HACKING PLUS STALKING. I HAVE BEEN IN CONTACT WITH DENA M. COGGINS AT THE UNITED STATES DISTRICT COURT IN SACRAMENTO, CALIFORNIA. SHE IS KAMI'S FEDERAL AGENT FOR THIS CASE. PLEASE HELP!!

## Other Information

**If an email was used in this incident, please provide a copy of the entire email including full email headers.**

MAJOR CYBER CRIMINAL ACTIVITY, SPOOFING, DOXING, CYBERHACKING, CYBERSTALKING, G.A.M.M.A. THE GAME WITH GOGGLES, PHISHING, GANG STALKING AND MORE

**Are there any other witnesses or persons affected by this incident?**

MY FAMILY IS AFFECTED AND AWARE OF THIS SITUATION. DOUGLAS COUNTY SHERIFF'S OFFICE, FBI, FTC, AG'S OFFICE

**If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.**

FBI CYBER THREE TIMES, FTC ONLINE, IRS (HACKED PHONE CALLS, GENERAL INSPECTOR FOR SOCIAL SECURITY HACKED, RENO POLICE DEPARTMENT FOR STALKING IN A HOSPITAL AND THE ATTORNEY GENERAL'S OFFICE IN CARSON CITY, NEVADA.

**Is this an update to a previously filed complaint?** Yes

## Privacy & Signature:

The collection of information on this form is authorized by one or more of the following statutes: 18 U.S.C. § 1028 (false documents and identity theft); 1028A (aggravated identity theft); 18 U.S.C. § 1029 (credit card fraud); 18 U.S.C. § 1030 (computer fraud); 18 U.S.C. § 1343 (wire fraud); 18 U.S.C 2318B (counterfeit and illicit labels); 18 U.S.C. § 2319 (violation of intellectual property rights); 28 U.S.C. § 533 (FBI authorized to investigate violations of federal law for which it has primary investigative jurisdiction); and 28 U.S.C. § 534 (FBI authorized to collect and maintain identification, criminal information, crime, and other records).

The collection of this information is relevant and necessary to document and investigate complaints of Internet-related crime. Submission of the information requested is voluntary; however, your failure to supply requested information may impede or preclude the investigation of your complaint by law enforcement agencies.

The information collected is maintained in one or more of the following Privacy Act Systems of Records: the FBI Central Records System, Justice/FBI-002, notice of which was published in the Federal Register at 63 Fed. Reg. 8671 (Feb. 20, 1998); the FBI Data Warehouse System, DOJ/FBI-022, notice of which was published in the Federal Register at 77 Fed. Reg. 40631 (July 10, 2012). Descriptions of these systems may also be found at www.justice.gov/opcl/doj-systems-records#FBI. The information collected may be disclosed in accordance with the routine uses referenced in those notices or as otherwise permitted by law. For example, in accordance with those routine uses, in certain circumstances, the FBI may disclose information from your complaint to appropriate criminal, civil, or regulatory law enforcement authorities (whether federal, state, local, territorial, tribal, foreign, or international). Information also may be disclosed as a routine use to an organization or individual in both the public or private sector if deemed necessary to elicit information or cooperation from the recipient for use by the FBI in the performance of an authorized activity. "An example would be where the activities of an individual are disclosed to a member of the public in order to elicit his/her assistance in [FBI's] apprehension or detection efforts." 63 Fed.

Reg. 8671, 8682 (February 20, 1998).

By typing my name below, I understand and agree that this form of electronic signature has the same legal force and effect as a manual signature. I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

**Digital Signature:** Tina L. Anderson

# Your IC3 Complaint

| | |
|---|---|
| **Submission ID:** | ab8072fe0f424594a1f9b4b7d6e212fd |
| **Date Filed:** | 4/13/2026 4:23:14 PM EST |
| **Were you the one affected in this incident?** | Yes |

## Your Contact Information

| | |
|---|---|
| **Name:** | TINA LYNN ANDERSON |
| **Phone Number:** | 7752306131 |
| **Email Address:** | tina.l.anderson2212@gmail.com |

## Complainant Information

| | |
|---|---|
| **Name:** | TINA LYNN ANDERSON |
| **Age:** | Over 60 |
| **Address:** | PO BOX 1962 |
| **City:** | MINDEN |
| **County:** | DOUGLAS |
| **Country:** | United States of America |
| **State:** | Nevada |
| **Zip Code/Route:** | 89410 |
| **Phone Number:** | 7752306131 |
| **Email Address:** | tina.l.anderson2212@gmail.com |

## Business Information

| | |
|---|---|
| **Is this on behalf of a business that was targeted by a Cyber incident?** | Yes |
| **Business Name:** | CARSON TAHOE HEALTH HOSPITAL |
| **Is the incident currently impacting business operations?** | Yes |

## Financial Transaction(s)

| | |
|---|---|
| **Did you send or lose money in the incident?** | No |
| **Transaction Type:** | Other |
| **If other, please specify:** | FBI'S #1 MOST WANTED FUGITIVES!!! |
| **Was the money sent or lost?** | No |
| **Transaction Amount:** | 0.00 |
| **Transaction Date:** | 04/12/2026 |
| **Did you contact your bank, financial institution, or cryptocurrency exchange?** | Yes |
| **Originating Bank Name:** | CARSON TAHOE HEALTH HOSPITAL |
| **Originating Bank Address:** | 1600 MEDICAL PARKWAY |

| | |
|---|---|
| **Originating Bank City:** | CARSON CITY |
| **Originating Bank Country:** | United States of America |
| **Originating Bank State:** | Nevada |
| **Originating Zip Code/Route:** | 89703 |
| **Originating Name on Account:** | TINA L. ANDERSON |
| **Originating Account Number:** | MRN: 22109737 |

• • • •

| | |
|---|---|
| **Transaction Type:** | Other |
| **If other, please specify:** | FBI'S #1 MOST WANTED FUGITIVES!!!! |
| **Was the money sent or lost?** | Yes |
| **Transaction Amount:** | 690.28 |
| **Transaction Date:** | 04/16/2025 |
| **Did you contact your bank, financial institution, or cryptocurrency exchange?** | Yes |
| **Originating Bank Name:** | CHILI'S/BRINKER INTERNATIONAL PAYROLL |
| **Originating Bank Address:** | 3000 OLYMPUS BLVD |
| **Originating Bank City:** | DALLAS |
| **Originating Bank Country:** | United States of America |
| **Originating Bank State:** | Texas |
| **Originating Zip Code/Route:** | 75019 |

| | |
|---|---|
| **Originating Name on Account:** | TINA LYNN ANDERSON |
| **Originating Account Number:** | EMPLOYEE # 2554791 |

• • • •

| | |
|---|---|
| **Transaction Type:** | Other |
| **If other, please specify:** | FBI'S #1 MOST WANTED FUGITIVES!!! |
| **Was the money sent or lost?** | Yes |
| **Transaction Amount:** | 35,000.00 |
| **Transaction Date:** | 10/30/2025 |
| **Did you contact your bank, financial institution, or cryptocurrency exchange?** | Yes |
| **Originating Bank Name:** | GREATER NEVADA CREDIT UNION |
| **Originating Bank Address:** | HWY 395 |
| **Originating Bank City:** | GARDNERVILLE |
| **Originating Bank Country:** | United States of America |
| **Originating Bank State:** | Nevada |
| **Originating Zip Code/Route:** | 89410 |
| **Originating Name on Account:** | TINA L. ANDERSON |

## Information About The Subject(s)

| | |
|---|---|
| **Name:** | RYAN WEDDING AKA NARCO TERRORIST, GAMMA KILLER |

| | |
|---|---|
| **Business Name:** | SILVER CITY RV RESORT |
| **Address:** | 3165 HWY 395 NORTH |
| **Suite/Apt./Mail Stop:** | SPACE 42 |
| **City:** | MINDEN |
| **Country:** | United States of America |
| **State:** | Nevada |
| **Zip Code/Route:** | 89423 |

• • • •

| | |
|---|---|
| **Name:** | RON SPALLONE AKA NARCO TERRORIST, GAMMA KILLER |
| **Business Name:** | SILVER CITY RV RESORT |
| **Address:** | 3165 HWY 395 NORTH |
| **Suite/Apt./Mail Stop:** | SPACE 42 |
| **City:** | MINDEN |
| **Country:** | United States of America |
| **State:** | Nevada |
| **Zip Code/Route:** | 89423 |

• • • •

| | |
|---|---|
| **Name:** | KRISTINA POZZO AKA NARCO TERRORIST, GAMMA KILLER |
| **Address:** | 1347 EL DORADO DRIVE APT D |
| **Suite/Apt./Mail Stop:** | APT D |

| | |
|---|---|
| **City:** | GARDNERVILLE |
| **Country:** | United States of America |
| **State:** | Nevada |
| **Zip Code/Route:** | 89410 |

• • • •

| | |
|---|---|
| **Name:** | ARNOLD AKA NARCO TERRORIST, GAMMA KILLER |
| **Business Name:** | (KRISTINA'S BOYFRIEND) |
| **Address:** | 1347 EL DORADO DRIVE APT D |
| **Suite/Apt./Mail Stop:** | APT D |
| **City:** | GARDNERVILLE |
| **Country:** | United States of America |
| **State:** | Nevada |
| **Zip Code/Route:** | 89410 |

• • • •

| | |
|---|---|
| **Name:** | VERONICA VIDELL AKA NARCO TERRORIST, GAMMA KILLER |
| **Address:** | 1347 EL DORADO DRIVE APT B |
| **Suite/Apt./Mail Stop:** | APT B |
| **City:** | GARDNERVILLE |
| **Country:** | United States of America |
| **State:** | Nevada |

**Zip Code/Route:** 89410

## Description of Incident

**Provide a description of the incident and how you (or those you are filling this out on behalf of) were victimized. Provide information not captured elsewhere in this complaint form:**

UPDATE: STEVE IS ALREADY KICKING ME OUT! KAMI ELOIS POWER (ALIAS) AKA RYAN JAMES WEDDING (IMPOSTER) AKA ROB SPALLONE (WIFE OF RON SPALLONE/TRANSGENDER) AKA ROB SPILLANE IS TRUELY STEVEN CAMERON. STEVE IS A NATIVE CANADIAN AND HIS DOB IS 4-4--1957 ON A VISA AND SAID HE HAS "HUNTINGTONS DISEASE WITH A BRAIN BLEED" TWO DAYS AGO AND IS COGNITIVE HIMSELF FROM GAMMA RAYS RADIATION. AFTER MIDNIGHT ON 4/12/2026, I WAS SO SICK THAT I DROVE MYSELF TO CARSON TAHOE HEALTH HOSPITAL. WHEN I WAS GOING TO THE CAR, MY KEY FOB LIGHT WAS BLINKING (THEY KILL THIS WAY). I WAS SO DIZZY WITH A MASSIVE HEADACHE, NAUSEOUS, COULD NOT WALK STRAIGHT, MY NECK HURT AND MY BACK WAS IN A LOT OF PAIN (I HAVE METAL IN MY BACK FROM SURGERIES) DUE TO THE GAMMA RAY RADIATION. THIS IS MY 4TH TIME GOING TO THE HOSPITAL FOR OVER EXPOSURE OF THE RADIATION. IT'S AN EVERY DAY OCCURANCE WITH STEVE THAT I GET THE GAMMA RAY RADIATION (ALSO KNOWN AS "COSMIC RADIATION") IN ONE FORM OR ANOTHER AND SOMETIMES MORE THAN ONE AT A TIME. I WENT THROUGH TRIAGE AND SHE KNEW ABOUT GAMMA RAYS AND ASKED ME WHO MY STALKER WAS. I TOLD HER IT'S SUPER HEAVY BUT THE FBI AND DOUGLAS COUNTY SHERIFF'S WERE INVOLVED. ONCE I GOT INTO A ROOM AND SAW DR. CRYSTAL PHARES, SHE ASKED ME WHAT WAS GOING ON. I TOLD HER THE SAME STORY ABOUT BEING ATTACKED WITH GAMMA RAYS RADIATION AND THE FBI. I UNDERSTAND IT SOUNDS CRAZY BUT AS YOU ARE AWARE THIS "SINALOA

DRUG CARTEL GANG" KILLS THIS WAY. SO, SHE LOOKED AT ME AND SAID."WELL, YOU LOOK GOOD". I TOLD HER THAT I WAS NOT DOING WELL AT ALL. SHE SAID THAT I WAS PARANOID AND HAVING HALLUCINATIONS AND TALKED ABOUT ME GOING TO "MALLORY CRISIS CENTER" FOR MENTAL HEALTH. THESE GUYS HAVE PUT ME THERE ONCE WITH A DIAGNOSIS OF "PHYCOSIS: (WHICH RON DID BY HACKING THE COMPUTER)WHICH IS A MOLECULAR BRAIN DISORDER.SHE GAVE ME SOME ZOFRAN, OBSERVED ME AND SENT ME HOME. I HAD SOME LABS DONE AND "ETHANOL" WHICH IS FLAMMABLE WAS IN MY SYSTEM AT THE RATE OF 10 WHICH IS FATAL. THIS SUBJECT IS HEAVY AND EITHER PEOPLE KNOW ABOUT IT OR THEY DON'T. DR. PHARES DIAGNOSED ME WITH NAUSEA AND SAID MY REASON FOR THE VISIT IS A "MENTAL HEALTH PROBLEM". I CALLED THE PATIENT RELATIONS TEAM THIS MORNING AND SPOKE WITH GAIL AND SHE SAID THAT A RATING OF 10 FOR THE ETHANOL (CAUSES GASTROINTESTINAL FAILURE) WAS NORMAL. NO WAY!!! I WAS POISONED BIG TIME!!! EHTANOL IS A CLEAR VOLATILE LIQUID IN A GAS FORMULA WHICH IS CAUSED WHEN GAMMA RADIATION HITS WATER IN A CELL AND AFFECTS THE CENTRAL NERVOUS SYSTEM. IT DAMAGES DNA AND THE ENTIRE BODY ORGANS THROUG ALPHA-BETA PARTICLES. OTHER TERMS I FOUND: "ACETALDEHYDE" WHICH IS OXIDATION INDUCED, "HYDROGEN GAS AND FORMALHEHYDE", "FREE RADICALS" ELECTRONS DURING RADIATION, "RADIOPROTECTIVE EFFECTS" AFFECTING DNA, "HYDROXYL RADICAL SCAVENGING" WHEN GAMMA RADIATION HITS WATER IN A CELL, "DNA PROTECTION" DAMAGE CAUSED BY EXTREMELY HIGH DOSES OF GAMMA RAYS, "FAKE" ALCOHOL DETECTION FOR RADIOACTIVITY-CARBON-14-RADIOACTIVE-ISOTOPE CREATED BY COSMIC RADIATION, ALCOHOL WIPES IN MEDIAL CONTAIN 60 GAMMA SOURCES, "ARS" ACUTE RADIATION SYNDROME, GAMMA RAYS RADIATION ARE CATAGORIZED IN 2 TYPES: LONG TERM-CANCER RISK AND LOW DOSE FOR IMMEDIATE RADIATION SICKNESS

FROM HIGH ACUTE DOSES.GAMMA RAYS RADIATION COMES FROM "PINGING" WHICH MEANS "PYRAMIDAL INTERNEURONS NETWORK GAMMA" AND "ING"- MEANS INTERNEURON NETWORK GAMMA AND HAPPENS TO THE HEAD, THROAT VIA JUGULAR VEIN, EYES, HEART AND EARS TO HUMANS AND ANIMALS. IT'S VERY PAINFUL! PER KRISITNA POZZO IT'S HER DEMAND TO KILL!!! EVIL!!!

## Other Information

**If an email was used in this incident, please provide a copy of the entire email including full email headers.**

I ONCE AGAIN RECEIVED A TEXT FROM KRISTINA POZZO ON A BURNER PHONE # (844) 699-4580 AT 10:14 A.M. ON 4-12-2026 WHICH SAID, "TINA FORGETTING WHY YOU WALKED INTO A ROOM? ONE DAILY HABIT MOST OVERLOOK MAY EXPLAIN IT. SEE IT HTTPS://TW1.IO/FCOG". KRISTINA POZZO IS THE ONE RUNS THE "SIRALOA DRUG CARTEL GANG" AND HAS PAID STEVE AND RON A MILLION DOLLARS EACH TO KILL VIA GAMMA RADIATION, "ISCHEMIC KILL"(ONE OF THE MOLECULAR BRAIN DISORDERS). MY GRANDSON MADDOX,4 HAS "ADHD" (MOLECULAR) AND SPEECH PROBLEMS, MY GRAND DAUGHTER JADE,5 ALSO HAS SPEECH PROBLEMS, MY SISTER'S GRANDSON ZADEEK IS "AUTISTIC" (MOLECULAR) AND THEY PINGED HIS EYES TO MAKE HIM BLIND (WHICH THEY DID TO ME AND DAKOTA THE DOG AND IS VERY PAINFUL!!! GABA (GAMMA AMINO BUTRIC ACID) AFFECTS THE BRAIN AND SPINAL CORD.GAMMA RADIO FREQUENCY (RF) ALPHA-BETA-THETA WHILE SLEEPING OR RESTING IS CAUSED BY ELECTROMAGNETIC TRANSMITTERS AFFECTING PHOTONS, THERE ARE MANY TYPES OF RAYS: NATURAL, ARTIFICIAL, ENERGY SPECTRUM, VHE (VERY HIGH ENERGY) AND UHE (ULTRA HIGH ENERGY), GRB (GAMMA RAY BURTS), BLUNTED GAMMA (OSCILLATIONS IN THE PRE-FRONTAL CORTEX FOR MEMORY), THERE ARE 6 Ps FOR SIGNS OF "ISCHEMIA" PAIN,

PALLOR. PULSELESSNESS, PARALYSIS, PARESTHESIA AND POIKILOTHERMIA OF HTE LIMB DISTAL TO THE SITE OF VASCUALR OCCLUSION, TMS (TRANSCRANIAL MAGNETIC STIMULATION FOR BRAIN WAVES), r TMS (REPETATIVE RAPID SEQUENCES FOR BRAIN WAVES) WHICH CHANGES BRAIN ACTIVITY AND CONNECTIVITY,SARS (SEVERE ACUTE RESPITORY SYSTEM) GAMMA VISUAL(THEY SEE THROUGH MY EYES THROUGH MY BRAIN'S VISUAL CORTEX) AND GAMMA AUDIO (IN MY RIGHT EAR WHICH IS ALSO USED FOR GAMMA DEEPFAKES) EVERY SINGLE DAY, GAMMA SMELL (ON MY WAY HERE STEVE WAS BLOWING CIGARETTE IN MY NOSE) IT ALSO INCLUDES POT, BLEACH, CLEANERS, CIGARS, LIGHTER FLUID, POOP/SEWAGE (WHICH THEY ALSO USE TO ASPHYXIATE PEOPLE TO KILL), GAMMA SENSORY SCIENTIFICALLY KNOWN AS "MIRROR-TOUCH SYNESTHESIA (MTS) USED TO GROPE/RAPE MEN, WOMEN AND CHILDREN AND TOO MUCH OF THIS CAUSES HIGH AROUSAL/STRESS LEADING TO ANXIETY, GAMMA SCREEN (STEVE HAS HUNTINGTONS DISEASE AND COGNITIVE SO HE USES THIS TO READ), GAMMA KNIFE (TABLE USED FOR MORE RADIATION AFTER THEY HAVE ALREADY KILLED SOMEONE), G.A.M.M.A. STALKER GAME WITH GOGGLES TO KILL, GAMMA GLASSES (HUGE, HUGE GAMERS!!!, GAMMA CAMERA FOR THE GAMMA KNIFE TABLE. THEY HATE KIDS AND MADDOX HAS BEEN SLEEPWAKING AND VOMITING, HAVING SEIZURES WHICH IS CALLED "SLEEP DEMONS" CAUSING PARALYSIS REFERRING TO "HYPNAGOGIC HALLUCINATIONS" THAT HAPPEN DURING SLEEP ALSO USING "INCUBUS" (A WEIGHT PRESSING ON YOUR CHEST) CAUSING CONFUSION AND CAUSING NIGHT TERORS THAT CAN CAUSE "SLEEP PARALYSIS" (KNOWN AS PANAYIOTOPOULOS SYNDROME (PS) BY GETTING HEADPINGED AND THEY ARE USING GAMMA SMELL TO ASPHYXIATE HIM AND ZADEEK. MY 5 YEAR OLD GRAND DAUGHTER JADE HAS A DOLL NAMED 'MOLLY' WHICH STEVE HAS POSSESSED MAKING "MOLLY" EVIL OR CREEPY TO JADE'S IMAGINATION WHICH IS A PSYCHOLOGICAL EFFECT

CALLED "UNCANNY VALLEY" WHICH MAKES HER DOLL ALMOST HUMAN CAUSING HALLUCINATIONS WHICH IS SCARY!! ALL DO TO HEADPINGING JADE OVER EXESIVELY LIKE MADDOX. THER ARE OTHER LITTLE KIDS INVOLVED WITH THE HEADPINGING THAT ARE MY SISTERS GRANDKIDS. BRIXTON,3(SENSORY) SEEMS TO BE ACTING LIKE THE DEVIL ACCORDING TO HIS MOM NAKIA, ZADEEK AND JOJO. OTHERS AFFECTED BY HACKING AND A HEADPING/GAMMA RAY: KRISTINA POZZO, MICKEY DODGE(SENSORY), MACHELLE DODGE, TINA DODGE(SENSORY), TINA ANDERSON (ME), DARIEN ANDERSON(SENSORY), NATALIE ANDERSON(THROAT PINGED,SENSORY), MADDOX AND JADE(SENSORY), NAKIA DODGE(SENSORY), MIKE WILLIAMS, KALAYNA(SENSORY), JAYDEN, JAKE, DUSTIN NEWTON (SENSORY!! DUSTIN AND I DON'T GET ALONG DUE TO THIS AND HE'S PUT ME OUT OF HIS LIFE), DAKOTA AND KING-FAMILY DOGS, I AM GETTING BLASTED BY STEVE NOW AND HE KEEPS MESSING WITH THIS COMPUTER AND IN MY PHONE ALL THE TIME GOOGLING GAMERS CRAP AND OTHER CONCERNING TOPICS LIKE ARTIMUS), MADDIE DUNLEAVY (SENSORY), STACY DUNLEAVY (SENFSORY AND HAS METAL IN HER HEAD), BOB WASIELEWSKI(SENSORY), GREG DEHERAS(SENSORY), DR.SERGIO CRUZ(SENSORY), DR. JOSEPH POLLINO(SENSORY), DANICA PATRICK(SENSORY), PAUL EDWARD(SENSORY), HOSPENTHAL, CELL TOWERS, JEREMY RENNER ACTOR(SENSORY), GOG AND MAGOG (BIBLE), COG AND MAGOG (DEMONIC TERM FOR COMBATIVE AND COGNITIVE) WHICH IS A DEMAND BY KRISTINA POZZO TO KEEP US THAT WAY, SAR (SEARCH AND RESCUE), KRISTINA PERIC, MELANIE DEL POZZO, CHRISTINA HALL, TAREK AND HEATHER ELMOUSSA, NICOLE POZZO, NICOLE DAL POZZO(2 SEPERATE PEOPLE), NICOLE POZZO, ISSUU, "SHE KNOWS WE KILL BY BRAIN BLEED?", MY HUSBAND NOEL IS DEAD(CAR FLIPPED AND BRAKES CUT "SR-22"(THEIR TERM) AND MAJOR SENSORY, MY MOM IS DEAD(SENSORY AND HEADPINGED), MY DAD IS DEAD

(HAD A STROKE FIRST IN NOVEMBER OF 2025 AND HEADPINGED IN JANUARY OF 2026), DARIEN WAS IN THE HOSPITAL AT 4 MOS. WITH SPINAL MENINGITIS CALLED "LEUKOCYTOSIS" THAT LEADS TO MASSIVE INFLAMMATION THROUGH GAMMA RAYS, I HAVE NOW BEEN IN THE HOSPITAL 4 TIMES, NEED HEARING AIDS(THEY PING SO I CAN'T WEAR THEM RIGHT NOW),HAIR LOSS, NUMBNESS IN MY RIGHT HAND.

**Are there any other witnesses or persons affected by this incident?**

THIS "SINALOA DRUG CARTEL GANG" IS AN ANOMOLY!! ANYONE OR ANYTHING GOVERNMENT IS ATTCKED. MYSELF HEAVILY EVERY DAY AT 63 WITH A SINGLE INCOME OF SOCIAL SECURITY (HACKED) WITH A PHYSICAL DISABILTY, MY FAMILY, DOCTORS SINCE RON HACKED THE MEDICAL BOARD, THE NEVADA STATE BAR FOR ATTORNIES (HACKED), AND ANY OTHER MAJOR GOVERNMENT ENTITY LIKE OUR MILITARY BRANCHES AND GOVERNMENT OFFICIALS. ANIMALS ARE NOT SAFE EITHER, THEY HATE ANYTHING OR ANYONE THAT HAS A PULSE AND STEVE IS A HIRED 'BIRD'S EYE SHARPSHOOTER" BY KRISTINA POZZO. THE AMUNITION OF THIS CARTEL IS INSANE WHICH I ALREADY SENT YOU. I HAVE DONE A TON OF RESEARCH ON GAMMA RADIATION AND THIS ANOMOLY WHICH ABSOLUTELY INSANE ON MY OWN!!! THEY ARE PURE EVIL AND THE CRISTIAN COMMUNITY IS GETTING BLASTED WITH THE HACKING AND HEADPINGING, INNOCENT PEOPLE ARE BEING KILLED AND FRAMED (CISGENDER/DARVO) THAT HAVE NO IDEA WHAT IS GOING ON WITH THE SITUATION THEY ARE IN. MY FAMILY THINKS I AM NUTS AND THEY ARE DISTANT BUT I WILL STAND UP FOR ME!

**If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.**

FBI (HACKED BIG TIME), FTC (HACKED), US MARSHAL (HACKED), DEPARTMENT OF JUSTICE (HACKED), DOUGLAS COUNTY SHERIFF'S DEPARTMENT (HACKED AND MY ORIGINAL POLICE REPORT FILED ON 9-30-2025 # 25SO26067 BY RON SPALLONE), ATTORNEY GENERALS OFFICE IN CARSON CITY (HACKED), POLICE DEPARTMENT IN ARIZONA FOR THE KILLING OF NANCY GUTHRIE (HACKED), POLICE DEPARTMENT IS SACRAMENTO, CALIFORNIA FOR FAILURE TO APPEAR ON FEBURARY 27, 2026 FOR SENTENCING (HACKED), HONORABLE JUDGES DENA M. COGGINS (HACKED AND HEAD PINGED), PETER T. MATSUI (HACKED AND HEAD PINGED), GUS SULLIVAN (HACKED AND HEAD PINGED AND ALSO MY BROTHER IN LAW), ROBERT SULLIVAN (HACKED AND HEAD PINGED WHO IS A EX NAVY SEAL AND NOW A NORTH LAS VEGAS METRO POLICE OFFICER).

| | |
|---|---|
| **Is this an update to a previously filed complaint?** | Yes |

## Privacy & Signature:

The collection of information on this form is authorized by one or more of the following statutes: 18 U.S.C. § 1028 (false documents and identity theft); 1028A (aggravated identity theft); 18 U.S.C. § 1029 (credit card fraud); 18 U.S.C. § 1030 (computer fraud); 18 U.S.C. § 1343 (wire fraud); 18 U.S.C 2318B (counterfeit and illicit labels); 18 U.S.C. § 2319 (violation of intellectual property rights); 28 U.S.C. § 533 (FBI authorized to investigate violations of federal law for which it has primary investigative jurisdiction); and 28 U.S.C. § 534 (FBI authorized to collect and maintain identification, criminal information, crime, and other records).

The collection of this information is relevant and necessary to document and investigate complaints of Internet-related crime. Submission of the information requested is voluntary; however,

your failure to supply requested information may impede or preclude the investigation of your complaint by law enforcement agencies.

The information collected is maintained in one or more of the following Privacy Act Systems of Records: the FBI Central Records System, Justice/FBI-002, notice of which was published in the Federal Register at 63 Fed. Reg. 8671 (Feb. 20, 1998); the FBI Data Warehouse System, DOJ/FBI-022, notice of which was published in the Federal Register at 77 Fed. Reg. 40631 (July 10, 2012). Descriptions of these systems may also be found at www.justice.gov/opcl/doj-systems-records#FBI. The information collected may be disclosed in accordance with the routine uses referenced in those notices or as otherwise permitted by law. For example, in accordance with those routine uses, in certain circumstances, the FBI may disclose information from your complaint to appropriate criminal, civil, or regulatory law enforcement authorities (whether federal, state, local, territorial, tribal, foreign, or international). Information also may be disclosed as a routine use to an organization or individual in both the public or private sector if deemed necessary to elicit information or cooperation from the recipient for use by the FBI in the performance of an authorized activity. "An example would be where the activities of an individual are disclosed to a member of the public in order to elicit his/her assistance in [FBI's] apprehension or detection efforts." 63 Fed. Reg. 8671, 8682 (February 20, 1998).

By typing my name below, I understand and agree that this form of electronic signature has the same legal force and effect as a manual signature. I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

**Digital Signature:** TINA L. ANDERSON

FEDERAL TRADE COMMISSION
ReportFraud.ftc.gov

FTC Report Number
197094068

# Consumer Report To The FTC

The FTC cannot resolve individual complaints, but we can provide information about next steps to take. We share your report with local, state, federal, and foreign law enforcement partners. Your report might be used to investigate cases in a legal proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

## About you

Name: TINA ANDERSON

Email:

Address: PO BOX 1962

Phone:

City: MINDEN State: Nevada Zip Code: 34952--554

Country: USA

## What happened

I am a VICTIM of AI CYBER HACKING AND AI CYBER STALKING and AGRIVATED DAILY STALKING. I have MULTIPLE online electronic accounts that have been hacked including my bank account information. My SOCIAL SECURITY number has been hacked as well as my son's, dad, grandkids and mom. I am a 62 year old single woman with a disability on a fixed income and now I am trying to catch up with all of the past due and final notice payment hackings going on. Including hospital bills from this incident. My SOCIAL SECURITY # is 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 and 2-12-1963 is my DOB. My son DUSTIN BRYCE NEWTON's SOCIAL SECURITY # has been hacked 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 and his DOB 3-4-1986. My son DARIEN ROBERT ANDERSON's SOCIAL SECURITY # has been hacked 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 and his DOB is 2-11-93. My deceased dad EDWARD LAVERNE DODGE has been hacked through MEDICAID and BANK FRAUD. I don't have his SOCIAL SECURITY with me but his DOB is 9-16-1937. My deceased mom CARRIE JEAN OAKES' SOCIAL SECURITY NUMBER has been hacked and I don't have that with me but her DOB is 8-2-1942. My grand daughter's identity JADE CELESTE ANDERSON has been hacked through GERBER LIFE INSURANCE and so has my grandson MADDOX ZEN ANDERSON. ONE of the person's involved is a 6 time ex-felon and out on PAROLE UNSUPERVISED and her name is KAMI ELOIS POWER DOB 4-4-1970 in GARDNERVILLE, Nevada. She also has multiple other CRIMINAL CHARGES such as TAX EVASION and PHARMACUTICAL RELATED CHARGES. Her male partner in crime is RONALD MICHAEL SPALLONE 61, of MINDEN, NEVADA and a REGISTERED SEX OFFENDER. They both have alias names and wrap sheets that are INSANE! There is also a MINOR LITTLE GIRL named MALIA involved in this case. The sentencing for KAMI ELOIS POWER is coming up on February 27, 2026 in SACRAMENTO, CALIFORNIA with JUDGE DENA M. COGGINS. My medical records have been hacked along with a DOUGLAS COUNTY SHERIFF'S OFFICE police report, an EAST FORK PARAMEDICS report which the correct diagnosis is GAMMA RAYS RADIATION and transported to CARSON TAHOE EMERGENCY ROOM FOR, that report has been hacked as well. I noticed that at the end of these reports that there is one thing in common and that is that they all say that I have mental health issues and will be reported. I do NOT. I have been under my doctors care and he said he doesn't have any medical concerns. I also continue to see my DIABETIC EYE DOCTOR for continued problems with my eye pressure due to the GAMMA RADIATION of this case. I have filed a complaint online with the FTC and have never heard anything which concerns me due to ALL of the ELECTRONIC HACKING going on. I have had my Walmart Pharmacy Profile hacked and 2 RESTASIS prescriptions sent by DR. CRUZ ELECTRONICALLY. I had to physically go in and get a hand written prescription. I no to pay cash for everything and get all mail and bills on paper. Nothing is convenient for me at this time during this case. I have filed multiple complaints with IC3.GOV and the case # is 928979, Filed a complaint with the ATTORNEY GENERAL'S OFFICE IN CARSON CITY, NEVADA and have been in contact via overnight mail with JUDGE DENA M. COGGINS. The exact dollar amount at this time is not known but a guess around $50.000.

## How it started

| Date fraud began: | Amount I was asked for: | Amount I Paid: |
|---|---|---|
| 12/12/2025 | | |
| **Payment Used:** | | **How I was contacted:** |
| Other | | Mail |

# Do you have a tip for DEA?

Use this page to report what appears to you as a possible violation of controlled substances laws and regulations. Violations may include the growing, manufacture, distribution or trafficking of controlled substances. Your information will be reviewed promptly by a DEA special agent or a professional staff member.

NOTE: If you witness an event that may lead to **immediate threat** to human health or safety, you should report it to your **local police** or law enforcement authority.

Report illegal prescription drug sales or suspicious pharmacies on the Internet here.

# Tip Details

Tell us when, where, and what you witnessed in the form below.

**Date Witnessed ***

12092025

*Date Witnessed* must be a valid date.

Location Witnessed

Inside Continental U.S.

**Street Address or nearest intersection of incident**

SILVER CITY RV RESORT

**Street Address 2 (optional)**

3165 HWY 395 NORTH, SPACE 42

**State Witnessed**

Nevada

**Closest DEA Division ***

(click here for a map </divisions>)

San Diego Division

**Closest DEA Office**

Reno, NV

**City**

MINDEN

**Zip (optional)**

89423

**Description ***

Please describe what you witnessed.

I AM A VICTIM OF KAMI ELOIS POWER AKA RYAN WEDDING WHO IS STEVEN CAMERON FROM COQUITLAM B.C. HE IS THE "DICTATOR" FOR THE "SINALOA DRUG CARTEL GANG" AND IS THE FBI'S #1 MOST WANTED INTERNATIONAL FUGITIVE!! I KNOW OF THIS TRANSGENDER GUY FROM OVER 40 YEARS AGO WHEN HE DATED MY MOM. HE HAS SERIOUS MENTAL PROBLEMS OF MANY SORTS WITH ALSO BEING A

0 characters remaining.

# Your Contact Information (optional)

Unless you state otherwise, you may be contacted if more information is required. Please review the **DEA Web Privacy Policy** <https://www.justice.gov/doj/privacy-policy> for more information.

**Name**

TINA LYNN ANDERSON

**Phone Number**

7752306131

**Email Address**

tina.l.anderson2212@gmail.com

☑ The information I've provided on this form is correct to the best of my knowledge. I understand that providing false information could subject me to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001).

This question is for testing whether or not you are a human visitor and to prevent automated spam submissions.

**Submit Tip**

Read today's Edition THE SACRAMENTO BEE Log In | Subscribe

NEWS SPORTS POLITICS RESTAURANTS OPINION GAMES OBITUARIES FINANCE 54°F

WELCOME OFFER $3.99/MONTH FOR 1 WHOLE YEAR Real reporting on real issues in your community. SUBSCRIBE NOW

CRIME - SACTO 911

Sacto 911

# Office manager convicted of stealing $1.4 million from Tahoe construction job

By **Sharon Bernstein**

Updated November 21, 2025 10:14 AM Gift Article

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: Privacy Policy Terms of Service

Manage Preferences




An office manager who prosecutors said stole $1.4 million from a family-owned South Lake Tahoe construction company where she worked was convicted in federal court in Sacramento on Wednesday of fraud and identity theft.

Kami Elois Power, 54, was convicted of 17 counts of wire fraud, bank fraud and aggravated identity theft, court records show.

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: Privacy Policy Terms of Service

Manage Preferences

She used the stolen money to pay down credit card balances, fund a $29,000 Hawaiian vacation and buy a horse. She also purchased two homes, several vehicles, ATVs and field-level seats for football games, Grant said.

The investigation began in 2023, when the South Lake Tahoe Police Department was contacted by an official at the construction company, who said they believed an employee had been embezzling from the business, city spokesperson Sheree Juarez said Friday.

The company identified Power as the employee who had been stealing money, Juarez said in a news release. The department began to investigate, and the case soon widened, becoming a "large scale, multi-agency, muti-jursdictional collaborative effort" involving South Lake Tahoe PD, the FBI and others, Juarez said.

Power faces a maximum sentence of 20 years in prison and a $250,000 fine for each wire fraud count, and 30 years in prison and a $1 million fine for each of the three bank fraud counts. Aggravated identity theft carries a mandatory two-year sentence for each of the three counts.

She is scheduled to be sentenced by U.S. District Judge Dena Coggins on Feb. 27, court records show.

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: Privacy Policy Terms of Service

Manage Preferences

## Related Stories from Sacramento Bee

**CAPITOL ALERT**

### Former top aide to Becerra pleads guilty to conspiracy in corruption case

November 20, 2025 12:47 PM

**CRIME - SACTO 911**

### More details about ABC10 Sacramento shooting suspect revealed by prosecutors

November 20, 2025 12:19 PM

---

**Sharon Bernstein** *The Sacramento Bee* 916-321-1078

Sharon Bernstein is a senior reporter at The Sacramento Bee. She has reported and edited for news organizations across California, including the Los Angeles Times, Reuters and Cityside Journalism Initiative. She grew up in Dallas and earned her master's degree in journalism from UC Berkeley.

**McClatchy Media**
Part of the McClatchy Media Network

## ABOUT

About Us
Contact Us
Archives

Connect with us:

## SUBSCRIPTIONS

Customer Service
Start a Subscription
Cancel a Subscription
Make a Payment

## ADVERTISING

McClatchy Advertising

## EXPLORE

Read Today's Edition

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: Privacy Policy Terms of Service

**Manage Preferences**

COPYRIGHT
COMMENTING POLICY
PRIVACY POLICY
COOKIE PREFERENCES
YOUR PRIVACY CHOICES
TERMS OF SERVICE

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: Privacy Policy Terms of Service

**Manage Preferences**

News Weather Sports Watch Now Telemundo Reno We the People

Reno, NV

Failure to Appear on February 27, 26 w/ Judge Dena M. Coggins at 9:30 in Sacramento, CA.

Kami Elois Power aka Ryan Wedding is Steven Cameron, native of Coquetlam B.C.

ADVERTISEMENT

# Gardnerville woman sentenced to 12+ years for embezzling $1.4 million from employer

Also includes - Ronald Michael Spallone
Kristina Nicole Pozzo

Framing - Paul Stockton who remains in custody as far as I am aware

* illegal guns, illegal drugs case. Killed cops case for Steven and Ron and Kristina

A Gardnerville woman was sentenced to 12+ years for embezzling $1.4 million from her South Lake Tahoe employer.

By Brenna O'Boyle
*Published: Feb. 27, 2026 at 7:33 PM PST*

This was Power's fifth time embezzling from an employer, according to court documents. Prior embezzlements resulted in two criminal convictions, a civil lawsuit, and a probation violation.

Following a six-day trial in November 2025, a federal jury found Power guilty of 11 counts of wire fraud, three counts of bank fraud, and three counts of aggravated identity theft, the release said.

As part of her sentence, Power must pay $1.4 million in restitution and forfeit two houses and a horse she bought with stolen money, the release said.

ADVERTISEMENT

Other purchases included cars, ATVs, field-level football game seats, and a $29,000 Hawaii vacation, according to the release.

The following is from court documents and evidence presented at trial.

Between November 2019 and May 2023, Power worked as an office manager and controller at a family-owned construction company where she disguised more than $700,000 in fraudulent transfers as payments made to vendors under fake profiles she created in the names of real companies.

In addition, Power created fake companies that reflected her own initials, such as "KEP Inc. Sale" and "KPI."

ADVERTISEMENT

She disguised other fraudulent transfers as payments for payroll or reimbursements.

Power also used the company's credit card to make unauthorized personal purchases, pay down the balance of her credit cards, in addition to writing fraudulent checks.

ADVERTISEMENT

Assistant U.S. Attorneys Elliot Wong and Dhruv Sharma prosecuted the case.

For previous KOLO 8 News Now coverage, click here.

*Copyright 2026 KOLO. All rights reserved.*

ADVERTISEMENT

## Most Read

**Gray wolf sisters at Animal Ark Wildlife Sanctuary euthanized**



**Man arrested after allegedly pistol-whipping victim, firing shots into the air**





**Raid nets 3,395 pounds of cannabis, guns, $20,000, stolen vehicles, jewelry**



"Heading"

**Identities of two men who died at Heavenly Ski Resort released**

Boulder Lodge/ ...da Side



Feb 20, 26

Orion Trail—Nicholas Jamil Haddad, 33 Blo... Michigan

Tamarack Return Trail Brian Robert Frias, 57 Elk Grove, CA

**Sierra Avalanche Center releases timeline of fatal avalanche near Castle Peak**



"Heading"

**Fatal truck vs. motorcycle wreck across from Schussboom Brewing Co. in Reno** Thurs. 2-26-26

Husband & wife Briana (Bri) (owner/president) and Jason Wagner (owner)



**Las Vegas couple on lockdown in Puerto Vallarta after killing of Mexican cartel leader**



News Weather Sports Watch Now Telemundo Reno We the People






**Man arrested on DUI, drug and gun charges after police chase in Churchill County**



**WNC hosting lunar eclipse party**



**Washoe County library board to interview candidates for director position at special meeting**



**Nevada approves new election rules on mail ballots, voter registration**



**Nevada's congressional delegation responds to strikes on Iran**







**2 people in custody after a 'shots fired' incident in Reno**



**KOLO**
4850 Ampere Drive
Reno, NV 89502
(775) 858-8888



A Gray Local Media Station © 2002-2026

Tahoe Daily Tribune action

YOUR AD HERE »

# Woman found guilty of embezzling over $1.4 million; faces 50 year sentence

News | Nov 21, 2025

Police report # 25SO26067 with Douglas County Sheriff's Department in Minden, Nevada 89423

Tribune action Staff Report
editor@tahoedailytribune.com

SHARE THIS STORY

SOUTH LAKE TAHOE, Calif. – On June 1, 2023, South Lake Tahoe PD was contacted by a local family-owned construction company after discovering one of their employees had been embezzling money from the business. The company identified their employee as Kami Power of Gardnerville, Nev. South Lake Tahoe PD Officer Neumann began the investigation, which was later forwarded to South Lake Tahoe PD Detective Webber.

Detective Webber began his investigation and learned the initial reported stolen money found by the construction company was only the tip of iceberg. Detective Webber's investigation quickly grew to a large scale, multi-agency, multi-jurisdictional collaborative effort. Over the course of the investigation, over $1.4 million was found to have been embezzled by Power between November 2019 and May 2023. During that time frame, Power used the embezzled money to purchase two houses, several new cars, ATVs, a horse, and a $29,000 Hawaii vacation.

Ultimately, the case was picked up by the U.S. Department of Justice, who issued an arrest warrant for Power. Power was arrested and transferred to Sacramento in federal custody. On Wednesday, November 19, 2025, Power was found guilty of 11 counts of wire fraud, three counts of bank fraud and three counts of aggravated identity theft. The case was prosecuted by Assistant U.S. Attorneys Elliot Wong and Dhruv Sharma.

According to the press release issued by the DOJ, Power is scheduled to be sentenced by Judge Coggins on Feb. 27, 2026. Power faces a maximum statutory penalty of 20 years in prison and a $250,000 fine for each count of wire fraud, 30 years in prison and a $1 million fine for each count of bank fraud, and a mandatory two-year sentence on each count of aggravated identity theft. The actual sentence, however, will be determined at the discretion of the court after consideration of any applicable statutory factors and the federal Sentencing Guidelines, which take into account a number of variables.

South Lake Tahoe Police Department would like to thank Officer Neumann, Detective Webber, the El Dorado County District Attorney's Office, Douglas County Sheriff's Office and the Federal Bureau of Investigation for all their work on this case.

SHARE THIS STORY

## Support Local Journalism

Readers around the Lake Tahoe Basin and beyond make the Tahoe Tribune's work possible. Your financial contribution supports our efforts to deliver quality, locally relevant journalism.

Now more than ever, your support is critical to help us keep our community informed about the evolving coronavirus

pandemic and the impact it is having locally. Every contribution, however large or small, will make a difference.

Your donation will help us continue to cover COVID-19 and our other vital local news.

DONATE




Ryan Wedding aka Kami Elos
Power is
Steven
Cameron,
native of
Coquitlam
B.C.

*Ryan Wedding, former Olympian and current FBI Top Ten Most Wanted Fugitive, at the 2002 Salt Lake City Winter Olympics*

Concurrent with Treasury's action, the U.S. Attorney's Office for the Central District of California is issuing indictments against Wedding and his network. Additionally, Treasury coordinated its action with the Government of Mexico's financial intelligence unit, the Unidad de Inteligencia Financiera (UIF). The Department of State has also approved a reward offer increase for Wedding from $10 million to up to $15 million for information leading to his arrest and/or conviction.

## COCAINE TRAFFICKING AND GLOBAL MURDERS

Wedding, a former Canadian Olympic snowboarder who competed in the 2002 Winter Olympics, is responsible for trafficking multi-ton quantities of cocaine through Colombia and Mexico for distribution in the United States and Canada. His criminal organization uses cryptocurrency to

move and launder the proceeds of drug trafficking, concealing vast sums of illicit wealth. According to the FBI, Wedding has ordered dozens of murders across the globe, including in the United States, Canada, and Latin America. He employs highly sophisticated methods in both the planning and execution of these killings, demonstrating a level of coordination and ruthlessness that has made him one of the world's most dangerous fugitives.

Several key associates have enabled Wedding's criminal enterprise. **Edgar Aaron Vazquez Alvarado (Vazquez)**, also known as "the General," provides protection for Wedding within Mexico and uses law enforcement sources to locate targets for Wedding. Vazquez is believed to be a former Mexican law enforcement officer with ties to senior Mexican law enforcement officials. Vazquez owns the Mexico-based companies **VRG Energeticos S.A. de C.V., Grupo RVG Combustibles S.A. de C.V.**, and **Grupo Ares Imperial S. de R.L. de C.V.**



*Edgar Aaron Vazquez Alvarado, a.k.a. "the General"*

**Miryam Andrea Castillo Moreno (Castillo)** is Wedding's wife. Castillo launders drug proceeds for Wedding and has helped him conduct acts of violence.



*From left to right, Daniela Alejandra Acuna Macias and Miryam Andrea Castillo Moreno*

**Carmen Yelinet Valoyes Florez (Valoyes)** is a Colombian national who runs a high-end prostitution ring in Mexico. Valoyes assisted Wedding with the murder of a federal witness in January 2025. Valoyes introduced Wedding to his Colombian girlfriend, **Daniela Alejandra Acuna Macias (Acuna)**. Acuna has collected hundreds of thousands of dollars from Wedding, whom she knew from the beginning of their relationship to live a lifestyle funded by violent narcotics trafficking. She has assisted Wedding in obtaining information on his rivals.



*Carmen Yelinet Valoyes Florez*

**Deepak Balwant Paradkar** (**Paradkar**) is a Canadian attorney who has provided a range of illegal services to Wedding and his drug trafficking organization beyond the scope of a normal attorney-client relationship. Paradkar introduced Wedding to the drug traffickers that have been moving Wedding's cocaine and has also helped Wedding with bribery and murder. Paradkar violated the trust of his clients and the ethics of his profession by allowing Wedding and his associates to eavesdrop on privileged communications between Paradkar and his other clients, several of whom Wedding wished to murder. Wedding paid Paradkar with luxury watches and additional fees for these illegal services.



*Deepak Balwant Paradkar*

Today, Ryan James Wedding was designated pursuant to Executive Order (E.O.) 14059 for having engaged in, or attempted to engage in, activities or transactions that have materially contributed to, or pose a significant risk of materially contributing to, the international proliferation of illicit drugs or their means of production.

Edgar Aaron Vazquez Alvarado, Miryam Andrea Castillo Moreno, Carmen Yelinet Valoyes Florez, and Deepak Balwant Paradkar were designated pursuant to E.O. 14059 for having provided, or attempted to provide, financial, material, or technological support for, or goods or services in support of Ryan James Wedding.

Daniela Alejandra Acuna Macias was designated pursuant to E.O. 14059 for having knowingly received property or interest in property that she knows constitutes or is derived from proceeds of activities or transactions that have materially contributed to, or pose a significant risk of

materially contributing to, the international proliferation of illicit drugs or their means of production.

VRG Energeticos S.A. de C.V., Grupo RVG Combustibles S.A. de C.V., and Grupo Ares Imperial, S. de R.L. de C.V. were designated pursuant to E.O. 14059 for being owned, controlled, or directed by, or having acted or purported to act for or on behalf of, directly or indirectly, Edgar Aaron Vazquez Alvarado.

## MONEY LAUNDERING THROUGH A TRANSATLANTIC ASSET MANAGEMENT NETWORK

Wedding has laundered his illicit profits through an extensive transatlantic network of businesses and associates, channeling drug proceeds into luxury assets such as cars and motorcycles that are concealed around the world. Wedding relies on two chief money launderers to manage his complex financial operations: Canadian jeweler **Rolan Sokolovski** (**Sokolovski**) and former Italian special forces member **Gianluca Tiepolo** (**Tiepolo**).



*Rolan Sokolovski and Gianluca Tiepolo*

Sokolovski has overseen bookkeeping for Wedding's organization and laundered its funds through his jewelry business, **2351885 Ontario Inc**, which operates under the trade name "Diamond Tsar" and maintains a storefront in Toronto, Ontario. In addition to using his business as a front for laundering, Sokolovski has transferred millions of dollars in drug proceeds using cryptocurrency, concealing the origins of Wedding's profits.



*A 2002 Mercedes CLK-GTR valued at $13 million that the FBI seized from the Wedding organization*

Tiepolo has worked closely with Sokolovski to procure and manage Wedding's physical assets, including high-end vehicles, and has held millions of dollars in Wedding's property under his own name to conceal these assets from authorities. Tiepolo owns two businesses that trade in luxury motorcycles and automobiles: Italy-based **Stile Italiano S.R.L.** (**Stile Italiano**) and United Kingdom-based **TMR Ltd**. He also founded **Windrose Tactical Solutions S.R.L.S.** (**Windrose Tactical**), which has operated military-style tactical training camps that have trained many of Wedding's hitmen.

Italian citizen **Cristian Diana** (**Diana**) and United Kingdom (UK) citizen **John Anthony Fallon** (**Fallon**) are business associates of Tiepolo. Diana serves as president of the board of directors of both Stile Italiano and Windrose Tactical. Fallon is a director of TMR Ltd. alongside Tiepolo and is also the 50 percent owner and sole director of two UK companies, **LMJ Trading Ltd** and **Made In Italy Motorcycles Limited**.



*Cristian Diana and John Anthony Fallon*

Today, Rolan Sokolovski and Gianluca Tiepolo were designated pursuant to E.O. 14059 for having provided, or attempted to provide, financial, material, or technological support for, or goods or services in support of Ryan James Wedding.

2351885 Ontario Inc was designated pursuant to E.O. 14059 for being owned, controlled, or directed by, or having acted or purported to act for or on behalf of, directly or indirectly, Rolan Sokolovski.

Stile Italiano S.R.L., TMR Ltd, and Windrose Tactical S.R.L.S. were designated pursuant to E.O. 14059 for being owned, controlled, or directed by, or having acted or purported to act for or on behalf of, directly or indirectly, Gianluca Tiepolo.

Cristian Diana was designated pursuant to E.O. 14059 for being or having been a leader or official of Stile Italiano and for being or having been a leader or official of Stile Italiano S.R.L. and Windrose Tactical S.R.L.S.

John Anthony Fallon was designated pursuant to E.O. 14059 for having acted or purported to act for or on behalf of, directly or indirectly, TMR Ltd.

LMJ Trading Ltd and Made In Italy Motorcycles Limited were designated pursuant to E.O. 14059 for being owned, controlled, or directed by, or has acted or purported to act for or on behalf of, directly or indirectly, John Anthony Fallon.

## SANCTIONS IMPLICATIONS

As a result of today's action, all property and interests in property of the blocked persons described above that are in the United States or in the possession or control of U.S. persons are blocked and must be reported to OFAC. In addition, any entities that are owned, directly or indirectly, individually or in the aggregate, 50 percent or more by one or more blocked persons are also blocked. Unless authorized by a general or specific license issued by OFAC, or exempt, OFAC's regulations generally prohibit all transactions by U.S. persons or within (or transiting) the United States that involve any property or interests in property of designated or otherwise blocked persons.

Violations of U.S. sanctions may result in the imposition of civil or criminal penalties on U.S. and foreign persons. OFAC may impose civil penalties for sanctions violations on a strict liability basis. OFAC's Economic Sanctions Enforcement Guidelines provide more information regarding OFAC's enforcement of U.S. economic sanctions. In addition, financial institutions and other persons may risk exposure to sanctions for engaging in certain transactions or activities involving designated or otherwise blocked persons. The prohibitions include the making of any contribution or provision of funds, goods, or services by, to, or for the benefit of any designated or blocked person, or the receipt of any contribution or provision of funds, goods, or services from any such person.

The power and integrity of OFAC sanctions derive not only from OFAC's ability to designate and add persons to the SDN List, but also from its willingness to remove persons from the SDN List consistent with the law. The ultimate goal of sanctions is not to punish, but to bring about a positive change in behavior. For information concerning the process for seeking removal from

an OFAC list, including the SDN List, please refer to OFAC's Frequently Asked Question # 897 here and to submit a request for removal, click here.

For more information on the persons designated today, click here.

View the chart on the individuals and entities designated today.

###

WIKIPEDIA
25 years of the free encyclopedia

# Ryan Wedding

Steven Cameron

**Ryan Wedding**



A photograph of Wedding released by the United States government in 2025

**FBI Ten Most Wanted Fugitive**

| | |
|---|---|
| **Charges** | • Conspiracy to distribute and possess with intent to distribute controlled substances<br>• Conspiracy to export cocaine<br>• Continuing criminal enterprise<br>• Murder in connection with a continuing criminal enterprise and drug crime<br>• Attempt to commit murder in connection with a continuing criminal enterprise and drug crime |
| **Alias** | James Conrad King, Jesse King, "Giant", "Public Enemy", "El Jefe" |
| **Description** | |
| **Born** | Ryan James Wedding<br>September 14, 1981<br>Thunder Bay, Ontario, Canada |
| **Gender** | Male |

4-4-1957 correct

**Ryan James Wedding** (born September 14, 1981) is a Canadian former Olympic snowboarder and alleged drug lord.[1][2] He represented Canada at the 2002 Winter Olympics in the men's parallel giant slalom event. After retiring from snowboarding, he allegedly became an international drug trafficker. On March 6, 2025, he was added to the FBI Ten Most Wanted Fugitives list.[3][4][5] He was arrested on January 22, 2026, in Mexico City,[6] to face trial in the United States.

## Early life

Ryan James Wedding was born on September 14, 1981, in Thunder Bay, Ontario, the eldest of three children. His maternal grandparents owned the Mount Baldy ski resort in Thunder Bay. His uncle was the director of a ski school and coach of the Canadian women's National Alpine Ski Team.[7] His father was an engineer and former competitive skier who, when Ryan was 12, moved his family to the Greater Vancouver suburb of Coquitlam, British Columbia, which is where Ryan began his snowboarding career.[8]

## Snowboarding

Wedding won the first snowboarding race he entered and, at 15, made the Canadian National Ski Team. He won a bronze medal in the parallel giant slalom event at the 1999 Junior World Championship and a silver medal in the 2001 Junior World Championships.[9] At the 2002 Winter Olympics in Salt Lake City, he competed for Team Canada in snowboarding men's parallel giant slalom, where he finished in twenty-fourth place. After this, he gave up competitive snowboarding.[10]

| | |
|---|---|
| **Height** | 1.91 m (6 ft 3 in) |
| **Weight** | 109 kg (240 lb) |
| **Occupation** | Former Olympic snowboarder |
| **Status** | |
| **Added** | March 6, 2025 |
| **Caught** | January 22, 2026 |
| **Captured** | |

# Legal issues

## Marijuana farm

After the 2002 Winter Olympics, Wedding moved back to Vancouver and attended Simon Fraser University. He developed an interest in bodybuilding and started working as a bouncer. After two years in university, he dropped out and began to speculate in real estate, which he financed by growing marijuana at a 6,800-plant warehouse on a suburban property called Eighteen Carrot Farms. In 2006, the RCMP raided the farm and found a shotgun, ammunition, and $10 million worth of cannabis. Wedding was not on the property at the time and there was not enough evidence to charge him.[8]

## Cocaine conviction

Wedding expanded his operation when he joined up with Iranian and Russian cocaine smugglers.[9][11] In 2010, he was convicted of attempting to buy cocaine from a U.S. government agent in 2008, for which he was sentenced to four years in prison.[12][13][14] He was released in 2011, and around that time he allegedly began his criminal enterprise.[15]

## Alleged drug lord

On October 17, 2024, Wedding was charged by the U.S. Department of Justice with "leading a transnational organized crime group that engaged in cocaine trafficking and murder, including of innocent civilians". He is charged with multiple felonies, including drug trafficking, leading a criminal organization, three counts of murder, and one attempt to commit murder.[16][17] He was one of sixteen people to be charged as part of Operation Giant Slalom in a joint investigation by several federal agencies.[18] The murders that Wedding is accused of having carried out were of married couple Jagtar Sidhu, 57, and Harbhajan Sidhu, 55, and of Mohammed Zafar, 39. The Sidhus were killed in November 2023, while Zafar was killed in May 2024.[19] Wedding is believed to have ordered the murders alongside Andrew Clark, who has been charged with the April 2024 murder of Randy Fader, 29.[20]




A wanted poster for Wedding released by the FBI

According to authorities, after his release, Wedding fled to Mexico and became a high-ranking member of the Sinaloa Cartel, Mexico's largest drug cartel, where he was known by the nicknames "El Jefe", "Giant" or "Public Enemy".[21][22] The alleged second-in-command of Wedding's trafficking ring was arrested in Mexico in October 2024.[23]

Wedding is accused of having ordered the murder of a federal witness in Medellín, Colombia, in January 2025.[24] On March 6, 2025, Wedding was added to the FBI Ten Most Wanted Fugitives list.[5][25] He replaced Alexis Flores, who at the time was removed from the list without having been captured. Flores was later caught in February 2026.[5][26] The FBI initially offered a reward of up to US$10 million for Wedding's capture,[25] which increased to US$15 million in November 2025 after Wedding was indicted on charges of witness intimidation, murder, and money laundering.[27] In November 2025, the FBI announced the arrest of six more defendants in the case, including an attorney for Wedding.[15]

### Arrest and trial

Wedding was arrested in Mexico on the night of January 22, 2026.[6][28][29] He was reported to have turned himself over to authorities, however his attorney Anthony Colombo disputed this claim, saying that Wedding was apprehended non-voluntarily.[30][31] He first appeared in United States federal court on Monday, January 26, 2026, and pleaded not guilty to the charges against him.[32]

## Personal life

While incarcerated in 2011, Wedding married an Iranian-born woman. They have since divorced.[33] Wedding reportedly has a girlfriend from Colombia who is accused of accepting money from him with knowledge that it came from drug trafficking.[34]

## In media

In March 2025, it was announced that a television documentary series titled *Snow King: From Olympian to Narco* was in production, based on a *Rolling Stone* investigation. It is being developed by Rolling Stone Films in collaboration with the production companies Dogwoof, Visitor Media, the CBC, and Corriente del Golfo.[35][36] In 2026, Ron Chepesiuk, an author of true crime originally from Thunder Bay, signed a contract to write a book about Wedding.[37]

## See also

- FBI Ten Most Wanted Fugitives, 2020s
- List of professional sportspeople convicted of crimes

## References

1. "Ex-Olympic snowboarder, FBI fugitive Ryan Wedding arrested" (https://www.espn.com/olympics/story/_/id/47704928/ex-olympic-snowboarder-fbi-fugitive-ryan-wedding-arrested). *ESPN*. 23 January 2026. Archived (https://web.archive.org/web/20260124044108/https://www.espn.com/olympics/story/_/id/47704928/ex-olympic-snowboarder-fbi-fugitive-ryan-wedding-arrested) from the original on 24 January 2026. Retrieved 24 January 2026.

2. "U.S. v. Wedding, Indictment (PDF)" (https://www.justice.gov/opa/media/1418931/dl?inline=) (PDF). *U.S. Department of Justice*. Archived (https://web.archive.org/web/20251216060401/https://www.justice.gov/opa/media/1418931/dl?inline=) from the original on 16 December 2025. Retrieved 24 January 2026.
3. "Most Wanted: RYAN JAMES WEDDING" (https://web.archive.org/web/20241106062406/https://www.fbi.gov/wanted/cei/ryan-james-wedding). *Federal Bureau of Investigation*. Archived from the original (https://www.fbi.gov/wanted/cei/ryan-james-wedding) on 6 November 2024. Retrieved 20 October 2024.
4. Evans, Hilary; Gjerde, Arild; Heijmans, Jeroen; Mallon, Bill; et al. "Ryan Wedding Olympic Results" (https://web.archive.org/web/20200418122829/https://www.sports-reference.com/olympics/athletes/we/ryan-wedding-1.html). *Olympics at Sports-Reference.com*. Sports Reference LLC. Archived from the original (https://www.sports-reference.com/olympics/athletes/we/ryan-wedding-1.html) on 18 April 2020. Retrieved 10 April 2020.
5. "Former Olympian Wanted for Running Transnational Drug Enterprise and Ordering Several Murders Added to FBI's List of Ten Most Wanted Fugitives" (https://www.fbi.gov/contact-us/field-offices/losangeles/news/former-olympian-added-to-fbis-list-of-ten-most-wanted-fugitives). *Federal Bureau of Investigation*. 6 March 2025. Archived (https://web.archive.org/web/20260227173358/https://www.fbi.gov/contact-us/field-offices/losangeles/news/former-olympian-added-to-fbis-list-of-ten-most-wanted-fugitives) from the original on 27 February 2026. Retrieved 6 March 2025.
6. Tucker, Eric; Durkin Richer, Alanna; Balsamo, Mike (23 January 2026). "AP report: Ryan Wedding, elite snowboarder turned most-wanted drug trafficking fugitive, arrested in Mexico" (https://www.pbs.org/newshour/world/ap-report-ryan-wedding-elite-snowboarder-turned-most-wanted-drug-trafficking-fugitive-arrested-in-mexico). *PBS News*. Associated Press. Archived (https://web.archive.org/web/20260123153011/https://www.pbs.org/newshour/world/ap-report-ryan-wedding-elite-snowboarder-turned-most-wanted-drug-trafficking-fugitive-arrested-in-mexico) from the original on 23 January 2026. Retrieved 23 January 2026.
7. McPhee, Michele (18 January 2025). "From Olympic Dreams to FBI's Most Wanted: The Fall of Ryan Wedding" (https://lamag.com/crimeinla/from-olympic-dreams-to-fbis-most-wanted-the-fall-of-ryan-wedding). *LAmag - Culture, Food, Fashion, News & Los Angeles*. Archived (https://web.archive.org/web/20250315081714/https://lamag.com/crimeinla/from-olympic-dreams-to-fbis-most-wanted-the-fall-of-ryan-wedding) from the original on 15 March 2025. Retrieved 19 March 2025.
8. Lewsen, Simon (28 July 2025). "Becoming El Jefe" (https://torontolife.com/deep-dives/becoming-el-jefe-ryan-wedding-canadas-olympic-snowboarder-turned-drug-lord/). *torontolife.com*. Toronto Life. Archived (https://web.archive.org/web/20250908175331/https://torontolife.com/deep-dives/becoming-el-jefe-ryan-wedding-canadas-olympic-snowboarder-turned-drug-lord/) from the original on 8 September 2025. Retrieved 9 September 2025.
9. "From Olympic Snowboarder To FBI's Most Wanted, The Fall Of Ryan Wedding" (https://www.ndtv.com/world-news/ryan-wedding-from-olympic-snowboarder-to-fbis-most-wanted-the-fall-of-ryan-wedding-7897434). *NDTV*. 11 March 2025. Archived (https://web.archive.org/web/20250311091621/https://www.ndtv.com/world-news/ryan-wedding-from-olympic-snowboarder-to-fbis-most-wanted-the-fall-of-ryan-wedding-7897434) from the original on 11 March 2025. Retrieved 19 March 2025.
10. Effress, Sarah (17 October 2024). "Who is Ryan James Wedding? What to know about Canadian snowboarder charged with running cocaine ring" (https://www.sportingnews.com/ca/olympics/news/ryan-james-wedding-canadian-snowboarder-charged-cocaine-ring/b18c56d660a5572f96fa6269). *The Sporting News*. Archived (https://web.archive.org/web/20241127050049/https://www.sportingnews.com/ca/olympics/news/ryan-james-wedding-canadian-snowboarder-charged-cocaine-ring/b18c56d660a5572f96fa6269) from the original on 27 November 2024. Retrieved 30 October 2024.
11. "Ryan Wedding" (https://www.olympics.com/en/athletes/ryan-wedding). *olympics.com*. Archived (https://web.archive.org/web/20241110180543/https://www.olympics.com/en/athletes/ryan-wedding) from the original on 10 November 2024. Retrieved 7 March 2025.

12. "Ryan Wedding" (https://www.olympedia.org/athletes/101472). *Olympedia*. Archived (https://web.archive.org/web/20220331173553/https://www.olympedia.org/athletes/101472) from the original on 31 March 2022. Retrieved 31 March 2022.
13. Luymes, Glenda (18 October 2024). "Who is Ryan Wedding? Former Olympic snowboarder accused of running transnational drug ring" (https://vancouversun.com/news/who-is-ryan-wedding-olympic-snowboarder-transnational-drug-ring). *Vancouver Sun*. Archived (https://web.archive.org/web/20241028053007/https://vancouversun.com/news/who-is-ryan-wedding-olympic-snowboarder-transnational-drug-ring) from the original on 28 October 2024. Retrieved 8 March 2025.
14. Bolan, Kim (2 May 2009). "Snowboarder charged with trafficking" (https://www.pressreader.com/canada/vancouver-sun/20090502/281741265366587). *Vancouver Sun*. Archived (https://web.archive.org/web/20220331173952/https://www.pressreader.com/canada/vancouver-sun/20090502/281741265366587) from the original on 31 March 2022. Retrieved 31 March 2022 – via PressReader.
15. Levenson, Eric (6 December 2025). "How an Olympic snowboarder became one of the FBI's most wanted fugitives" (https://www.cnn.com/2025/12/06/us/ryan-wedding-snowboarder-fbi-most-wanted). *CNN*. Retrieved 7 December 2025.
16. "Former Canadian Olympian charged in connection with cocaine bust, alleged murders" (https://www.cbc.ca/news/canada/toronto/ryan-james-wedding-fbi-investigation-1.7355177). *CBC News*. 17 October 2024. Archived (https://web.archive.org/web/20251217075952/https://www.cbc.ca/news/canada/toronto/ryan-james-wedding-fbi-investigation-1.7355177) from the original on 17 December 2025. Retrieved 17 October 2024.
17. "16 Defendants Charged in Superseding Indictment Alleging Bulk Shipments of Cocaine to Canada, Four Murders" (https://www.justice.gov/usao-cdca/pr/16-defendants-charged-superseding-indictment-alleging-bulk-shipments-cocaine-canada). US Department of Justice. 17 October 2024. Archived (https://web.archive.org/web/20260129095227/https://www.justice.gov/usao-cdca/pr/16-defendants-charged-superseding-indictment-alleging-bulk-shipments-cocaine-canada) from the original on 29 January 2026. Retrieved 17 October 2024.
18. Goldberg, Noah (17 October 2024). "Former Canadian Olympic snowboarder charged with running drug trafficking organization, ordering killings" (https://www.latimes.com/california/story/2024-10-17/former-canadian-olympic-snowboarder-charged-with-running-drug-trafficking-organization-ordering-killings). *Los Angeles Times*. Archived (https://web.archive.org/web/20241118045959/https://www.latimes.com/california/story/2024-10-17/former-canadian-olympic-snowboarder-charged-with-running-drug-trafficking-organization-ordering-killings) from the original on 18 November 2024. Retrieved 7 March 2025.
19. Tsekouras, Phil (6 March 2025). "US$10M reward posted for ex-Olympian turned alleged drug kingpin" (https://www.ctvnews.ca/toronto/article/canadian-ex-olympian-accused-of-leading-deadly-international-drug-ring-added-to-fbis-most-wanted-list/). CTV News. Archived (https://web.archive.org/web/20250306205041/https://www.ctvnews.ca/toronto/article/canadian-ex-olympian-accused-of-leading-deadly-international-drug-ring-added-to-fbis-most-wanted-list/) from the original on 6 March 2025. Retrieved 6 March 2025.
20. Dawson, Tyler (6 March 2025). "$10M bounty: Canadian Olympian on FBI's most wanted list over alleged drug crimes" (https://nationalpost.com/news/fbi-most-wanted-canadian-olympian-ryan-james-wedding). *National Post*. Retrieved 6 March 2025.
21. Nielsen, Kevin (18 October 2024). "What we know about Ryan Wedding, Canadian Olympian and accused drug lord" (https://globalnews.ca/news/10818235/ryan-wedding-canadian-olympian-drug-lord-fbi-ontario-murders/). *Global News*. Archived (https://web.archive.org/web/20241115212458/https://globalnews.ca/news/10818235/ryan-wedding-canadian-olympian-drug-lord-fbi-ontario-murders/) from the original on 15 November 2024. Retrieved 20 October 2024.
22. Caramela, Sammi (18 October 2024). "Olympic Snowboarder Is Running Massive, Murderous Drug Trafficking Operation from Mexico, FBI Says" (https://www.vice.com/en/article/ryan-wedding-olympic-snowboard-drug-trafficking-murder-mexico/). *Vice Media*. Archived (https://web.archive.org/web/20241205162616/https://www.vice.com/en/article/ryan-wedding-olympic-snowboard-drug-trafficking-murder-mexico/) from the original on 5 December 2024. Retrieved 20 October 2024.

23. Leon, Calvi (15 March 2025). "Canadian man accused of helping lead ex-Olympian Ryan Wedding's drug ring extradited to U.S. from Mexico" (https://www.thestar.com/news/crime/canadian-man-accused-of-helping-lead-ex-olympian-ryan-weddings-drug-ring-extradited-to-u/article_47c51798-f589-11ef-94f4-db47d3b2d9ce.html). *Toronto Star*. Archived (https://web.archive.org/web/20250228190709/https://www.thestar.com/news/crime/canadian-man-accused-of-helping-lead-ex-olympian-ryan-weddings-drug-ring-extradited-to-u/article_47c51798-f589-11ef-94f4-db47d3b2d9ce.html) from the original on 28 February 2025. Retrieved 31 March 2025.
24. Leenson, Eric (6 December 2025). "How an Olympic snowboarder became one of the FBI's most wanted fugitives" (https://www.cnn.com/2025/12/06/us/ryan-wedding-snowboarder-fbi-most-wanted). *CNN*. Archived (https://web.archive.org/web/20251207070427/https://www.cnn.com/2025/12/06/us/ryan-wedding-snowboarder-fbi-most-wanted) from the original on 7 December 2025. Retrieved 11 December 2025.
25. Daigle, Thomas (6 March 2025). "FBI offers $10M reward for Canadian ex-Olympian Ryan Wedding, now among 10 most wanted" (https://www.cbc.ca/news/world/ryan-wedding-most-wanted-1.7476637). *Canadian Broadcasting Corporation*. Archived (https://web.archive.org/web/20250306194232/https://www.cbc.ca/news/world/ryan-wedding-most-wanted-1.7476637) from the original on 6 March 2025. Retrieved 6 March 2025.
26. Casiano, Louis (11 February 2026). "Exclusive: FBI captures longtime fugitive in Honduras in connection with 2000 killing of Philadelphia girl" (https://www.foxnews.com/us/exclusive-fbi-captures-longtime-fugitive-honduras-connection-killing-philadelphia-girl). *Fox News*. Retrieved 14 February 2026.
27. Alund, Natalie Neysa. "Former Olympic snowboarder indicted, facing murder, drug charges" (https://www.usatoday.com/story/news/politics/2025/11/19/ryan-wedding-olympics-fbi-drug-murder-charges/87352012007/). *USA TODAY*. Archived (https://web.archive.org/web/20251120155257/https://www.usatoday.com/story/news/politics/2025/11/19/ryan-wedding-olympics-fbi-drug-murder-charges/87352012007/) from the original on 20 November 2025. Retrieved 20 November 2025.
28. Levenson, Eric; Campbell, Josh (23 January 2026). "Former Olympic snowboarder and FBI fugitive Ryan Wedding arrested" (https://www.cnn.com/2026/01/23/us/former-olympic-snowboarder-fbi-fugitive-ryan-wedding-arrested). *CNN*. Archived (https://web.archive.org/web/20260123164426/https://www.cnn.com/2026/01/23/us/former-olympic-snowboarder-fbi-fugitive-ryan-wedding-arrested) from the original on 23 January 2026. Retrieved 23 January 2026.
29. "Ryan Wedding, ex-Olympic snowboarder accused of being a drug kingpin, is arrested" (https://www.nbcnews.com/news/us-news/ryan-wedding-former-olympic-snowboarder-alleged-drug-kingpin-arrested-rcna255579). *NBC News*. 23 January 2026. Archived (https://web.archive.org/web/20260123213957/https://www.nbcnews.com/news/us-news/ryan-wedding-former-olympic-snowboarder-alleged-drug-kingpin-arrested-rcna255579) from the original on 23 January 2026. Retrieved 23 January 2026.
30. Alfonso, Denny (27 January 2026). "Former Olympian Ryan Wedding pleads not guilty to drug trafficking, murder charges" (https://www.nytimes.com/athletic/7001675/2026/01/27/ryan-wedding-pleads-not-guilty-fbi/). *The New York Times*. ISSN 0362-4331 (https://search.worldcat.org/issn/0362-4331). Retrieved 27 January 2026.
31. Taxin, Amy (26 January 2026). "Ex-Olympic snowboarder pleads not guilty to running a drug smuggling ring" (https://apnews.com/article/ryan-wedding-olympic-snowboarder-drug-ring-1733b8338204e5386d09ff76f08f7921). *AP News*. Retrieved 27 January 2026.
32. "Ex-Olympic snowboarder pleads not guilty to running a drug smuggling ring" (https://www.cnn.com/2026/01/26/us/ryan-wedding-snowboarder-arrested-fbi). *CNN*. 26 January 2026. Retrieved 27 January 2026.
33. Daigle, Thomas (27 February 2025). "Fugitive Ryan Wedding's ex-wife named in money laundering, kidnapping probes" (https://www.cbc.ca/news/canada/british-columbia/ryan-wedding-wife-money-laundering-probes-1.7469035). *CBC News*. Archived (https://web.archive.org/web/20250330114242/https://www.cbc.ca/news/canada/british-columbia/ryan-wedding-wife-money-laundering-probes-1.7469035) from the original on 30 March 2025. Retrieved 30 March 2025.

34. McPhee, Michele (20 November 2025). "U.S. Sanctions Expose the Women Aiding Fugitive Ryan Wedding" (https://lamag.com/crimeinla/inside-the-women-the-u-s-says-helped-power-ryan-weddings-narco-empire/). *LAmag*. Archived (https://web.archive.org/web/20251122181743/https://lamag.com/crimeinla/inside-the-women-the-u-s-says-helped-power-ryan-weddings-narco-empire/) from the original on 22 November 2025. Retrieved 28 November 2025.
35. Blistein, Jon (17 March 2025). "Rolling Stone Investigation Into Snowboarder Turned Drug Lord to Become Docuseries" (https://www.rollingstone.com/tv-movies/tv-movie-news/ryan-wedding-docuseries-snow-king-1235297687/). *Rolling Stone*. Archived (https://web.archive.org/web/20250317201027/https://www.rollingstone.com/tv-movies/tv-movie-news/ryan-wedding-docuseries-snow-king-1235297687/) from the original on 17 March 2025. Retrieved 19 March 2025.
36. Carey, Matthew (17 March 2025). "Docuseries On Ryan Wedding, Olympic Snowboarder-Turned-FBI Most Wanted Fugitive, Coming From Dogwoof, Visitor Media" (https://deadline.com/2025/03/ryan-wedding-docuseries-snow-king-announcement-1236328065/). *Deadline*. Archived (https://web.archive.org/web/20250317153512/https://deadline.com/2025/03/ryan-wedding-docuseries-snow-king-announcement-1236328065/) from the original on 17 March 2025. Retrieved 19 March 2025.
37. Rinne, Gary (5 May 2026). "Thunder Bay-born crime writer plans book on Ryan Wedding" (https://www.tbnewswatch.com/local-news/thunder-bay-born-crime-writer-plans-book-on-ryan-wedding-12209160). *TBNewsWatch.com*. Retrieved 6 May 2026.

# External links

- Ryan Wedding (https://www.fis-ski.com/DB/general/athlete-biography.html?sectorcode=SB&competitorid=65567) at FIS (snowboarding)
- Ryan Wedding (https://www.olympics.com/en/athletes/ryan-wedding) at Olympics.com
- Ryan Wedding (https://olympic.ca/team-canada/ryan-wedding/) at Team Canada
- Ryan Wedding (https://www.olympedia.org/athletes/101472) at Olympedia

Retrieved from "https://en.wikipedia.org/w/index.php?title=Ryan_Wedding&oldid=1359108332"

An official website of the United States government Here's how you know

U.S. DEPARTMENT OF THE TREASURY

# Treasury Sanctions Former Canadian Olympian and Notorious Narcotrafficker Ryan Wedding

November 19, 2025

*Sanctions Are Part of a Coordinated U.S. Government Action Against Wedding*

**WASHINGTON** — Today, the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) sanctioned **Ryan James Wedding (Wedding)**, alongside nine individuals and nine entities closely associated with him. Wedding, a former Olympic snowboarder for Team Canada, is one of the Federal Bureau of Investigation's (FBI) Ten Most Wanted Fugitives. He is an extremely violent criminal believed to be responsible for the murder of numerous people abroad, including U.S. citizens. Wedding remains a fugitive from justice, currently hiding in Mexico, where he continues to direct drug trafficking, murder, and other serious criminal activities.

"Today we're exposing the network of associates and enablers behind Ryan Wedding — one of the most notorious criminals and narcotraffickers still evading justice," said **Under Secretary of the Treasury for Terrorism and Financial Intelligence John K. Hurley**. "Treasury is joining with the FBI and the Department of Justice to cut Wedding and his criminal partners off from the U.S. financial system and help dismantle the network they rely on. Our goal is simple: make it difficult for criminals like this to profit from poisoning our communities."

Steven Cameron aka Kami Elois Power (transgendar alias name)
aka Ryan Wedding

An official website of the United States government. Here's how you know

FBI Los Angeles
Public Affairs Specialist Laura Eimiller
(310) 996-3343

*True identity Steven Cameron native of Coquitlam B.C. aka Kami Elas Power aka Ryan Wedding

March 6, 2025

# Former Olympian Wanted for Running Transnational Drug Enterprise and Ordering Several Murders Added to FBI's List of Ten Most Wanted Fugitives

## U.S. Department of State offering reward of up to $10 million for capture

Former Olympic snowboarder and Canadian national, Ryan Wedding, 43, has been added to the FBI's Ten Most Wanted Fugitives list, Akil Davis, the Assistant Director in Charge (ADIC) of the FBI's Los Angeles Field Office, announced today during a press conference in Westwood. ADIC Davis was joined by law enforcement partners with the United States Department of State, Royal Canadian Mounted Police–Federal Policing, the Los Angeles Police Department, the Drug Enforcement Administration–Los Angeles, and the United States Attorney's Office–Central District of California.

Ryan Wedding, whose aliases include "El Jefe," "Giant," "Public Enemy," "James Conrad King," and "Jesse King," was born in Thunder Bay, Canada, and competed in the Giant Slalom snowboarding competition during the 2002 Winter Olympics in Salt Lake City, Utah.



AI Mode All Images Videos News More Sign in

steven cameron racing

**Stephen Cameron Racing** (SCR) is **a professional auto racing and team management operation based at Sonoma Raceway in California**. Founded and owned by veteran racer Steve Cameron, the team has over 35 years of experience in race preparation, data engineering, and elite driver development. Cameron Racing +2

## Current Racing Programs

As of 2026, the team actively operates across multiple prominent sports car championships:

- **IMSA Michelin Pilot Challenge:** The team campaigns the purple, red, and orange No. 19 **Ford Mustang GT4.** The driver lineup features Sean Quinlan and Greg Liefooghe. IMSA
- **VP Racing SportsCar Challenge:** In tandem with their IMSA program, Sean Quinlan pulls double duty, piloting an identical Ford Mustang GT4 in select sprint rounds. IMSA
- **GT4 America:** The team also fields a **BMW M4 GT4** (Car No. 80) in the SRO-sanctioned GT4 America series.

## Philanthropy: Racing to End Alzheimer's

A defining aspect of the team's modern identity is its long-standing partnership with the **Racing to End Alzheimer's** foundation. Founded by Phil Frengs, the program uses the No. 19 team car as a rolling tribute covered in the names of individuals affected by dementia and Alzheimer's to raise awareness and

Ask anything

AI Mode All Images Videos News More Sign in

- **Radical Race Cars Service Center**: The team operates as the official Northwest Service Center for Radical Motorsport, providing sales, parts, trackside support, and maintenance for track-day prototypes like the SR3 and SR10. Cameron Racing +1

If you are looking for specific details, please let me know if you want to see **race schedules, merchandise options,** or **driver coaching services** at Sonoma Raceway.

+

AI Mode All Images Videos News More Sign in

circuit.

Racing to End Alzheimer's, Stephen Cameron Racing ... - IMSA
Nov 19, 2025 — DAYTONA BEACH, Fla. – The Racing to End Alzheimer's with Stephen Cameron Racing team will be back on track in 2026, returning to t...



## Driver Profile & Background

IMSA

- **Hometown:** Born and raised in Coquitlam, BC.
- **Racing Category:** He specializes in sports car endurance racing, many competing in the GT4 and touring car classes.

Stephen Cameron Racing ... professional racing management team. Our services include Race car preparation, development, t...



- **Regional Roots:** He began his career in the Pacific Northwest karting club racing scenes before advancing to international sports car grids.

LinkedIn · Steve Cameron

## Current Series & Equipment

Show all

- **SRO GT4 America:** He frequently competes in the SRO-sanctioned GT4 America championship, racing on iconic North American road courses.
- **Vehicles:** Throughout his recent campaigns, he has piloted high-performance machinery including the **BMW M4 GT4** and **Porsche 718 Cayman GT4 RS Clubsport.**
- **Team Affiliations:** He has driven for prominent North American customer racing squads, leveraging his development skills to secure podium finishes in sprint and endurance formats.

## Local Racing Connection

While based out of Coquitlam, drivers from the lower mainland of British Columbia typically develop their skills at regional venues such as:

- **Area 27 Motorsports Park:** A premier driving circuit in Oliver, BC, used heavily for testing and driver development.
- **Mission Raceway Park:** The closest local track to Coquitlam for sports car

+

AI Mode All Images Videos News More ▾ Sign in

+

AI Mode All Images News Videos More Sign in

STEVEN CAMERON IN COQUITLAM BC

Based on your search, there is a **Steve Cameron** associated with **Carion Construction Ltd. located in Port Coquitlam, BC** (which is part of the Metro Vancouver/Coquitlam area). LinkedIn +1

- **Role:** Principal, Formwork Superintendent.
- **Company:** Carion Construction Ltd..
- **Location:** Port Coquitlam, British Columbia, Canada. LinkedIn +1

Other individuals named Steven/Steve Cameron listed in the results are located in different provinces (Ontario, New Brunswick, Alberta) or are in different professions, such as insurance or finance. LinkedIn +2

If you'd like, I can:

- Try to find a **website** for Carion Construction
- Search for **contact information** for this specific Steve Cameron

Let me know how you'd like to **narrow down the search**.

**AI can make mistakes, so double-check responses**

C 4 sites

**100+ "Steve Cameron" profiles - LinkedIn**

Mining & Metallurgical Professional, Supervisor, Mechanical Technologist, Process Improvement. Bathurst Parish, NB. GlencoreXstrat...



Ask anything

+

AI Mode All Images News Videos More Sign in

LinkedIn · Steve Cameron

Show all

ANY OTHERS

While there are no other prominent public profiles for a "Steven Cameron" explicitly matching the city of Coquitlam, public and professional records show a few other individuals named **Steve or Steven Cameron** nearby in the Lower Mainland and wider British Columbia region:

## Nearby in the Lower Mainland

- **Steve Cameron (Langley, BC):** A sales professional working at Budget Car Sales.
- **Stephen Cameron (Vancouver, BC):** A residential listing located on Venables Street in Vancouver.
- **Stephen Cameron (Surrey, BC):** A financial security advisor and corporate benefits specialist working with Creststone Wealth. LinkedIn · Steve Cameron +2

## Elsewhere in British Columbia

- **Steve Cameron (Nanaimo, BC):** A Field Coroner working for the British Columbia Coroner Service.
- **Steven Cameron (Nanaimo, BC):** A separate individual listed as self-employed in the Nanaimo area. LinkedIn +2

If you are looking for someone specific outside of construction, let me know their **industry** or **profession** so I can help you pinpoint the right person.

AI Mode All Images News Videos More ▾ Sign in

LinkedIn · Steven Cameron

**Steven Cameron - Self Employed | LinkedIn**

Experience: Self Employed · Location: Nanaimo · 43 connections on LinkedIn. View Steven Cameron's profile on LinkedIn, a professio...

LinkedIn · Stephen Cameron

**Stephen Cameron - Creststone Wealth CEBS - LinkedIn**

Stephen Cameron. Financial Security Advisor @ Creststone Wealth | CEBS. Creststone Wealth CEBS. Surrey, British Columbia, Canada. ...

Canada 411

**Stephen Cameron in Vancouver BC V5L2H4 | Canada411.ca**

Stephen Cameron. 1744 Venables, Vancouver BC, V5L2H4. (604) 251-3206 · Get directions. Canada411.ca™ · Canada411TM, Yellow PagesT...

ANY

If you're casting a wider net for any notable person named **Steve or Steven Cameron** across Canada or in public media, here is a comprehensive list of individuals who share that name:

## Public Figures & Media

- **Stevie** Cameron:** The most famous Canadian journalist and author by this name. She was a highly prominent investigative reporter known for her books on Canadian political scandals and true crime before she passed away. Powell River Peak
- **Steve Cameron (Author & Journalist):** An American journalist, radio host, and international conference moderator who has written 14 books. Augur Press
- **Steve Cameron (Actor/Producer):** A Hollywood professional known for his work on *The Mentalist* and various documentary films. IMDb

## Executive & Business Leaders in Canada

- Steve Cameron (Finance - Toronto): A prominent executive and real estate speaker

AI Mode All Images News Videos More Sign in

Venables Street in East Vancouver.

- **Steven Cameron (Nanaimo):** A self-employed professional operating on Vancouver Island. LinkedIn · Steven Cameron +2

If you are trying to track down a specific person, let me know if they belong to a certain **age group**, **hobby**, or **past employment** so I can narrow it down further.

LinkedIn · Steven Cameron

**Steven Cameron - Self Employed | LinkedIn**

Steven Cameron. Self Employed. Nanaimo, British Columbia, Canada. 43 followers 43 connections. See your mutual connections ...

Brokers Trust

**Steven Cameron - Brokers Trust**

Brokers Trust Team. From property insurance to coverage for your small business, personal liability and everything in between, cou...



IMDb

**Steve Cameron - IMDb**

Steve Cameron(IV). Actor; Producer; Writer. IMDbProStarmeterSee rank. Steve Cameron is known for JFK Assassination: The Roger Crai...



8 sites

8 sites

(../index.html)

Home (../index.html) / Terrorist Groups / Sinaloa Cartel counterterrorists

# TERRORIST GROUPS

cyberterroists - narco terrorists

(../terrorist_groups.html)

# SINALOA CARTEL

( AS OF MAY 2026 )

## OVERVIEW

NO KNOWN LOGO

The Sinaloa Cartel is one of Mexico's most powerful cartels and is responsible for producing and trafficking a significant portion of the narcotics that enter the United States. The group formed in the 1980s after the Guadalajara Cartel fractured.

The factional nature of the Sinaloa Cartel has led to violent power struggles and territorial disputes throughout Sinaloa and in other parts of Mexico. The cartel has three primary factions: Los Chapitos, led by the sons of detained Sinaloa Cartel founder Joaquin Guzman Lopez, a.k.a. "El Chapo"; Los Mayos, led by the son of detained Ismael Zambada Garcia, a.k.a. "El Mayo"; and El Guano, led by Aureliano Guzman Loera, a.k.a. "El Guano."

The Sinaloa Cartel generates billions of dollars annually from drug trafficking and also profits from extortion; fuel and mineral theft; kidnapping; migrant smuggling; prostitution; and weapons and wildlife trafficking. The factions share smuggling routes, corrupt contacts, access to illicit chemical suppliers, and money-laundering networks, but they do not share profits or a unified chain of command.

### OPERATING AREA

Based in Sinaloa, Mexico; operates throughout Mexico and in more than 40 other countries

### MEMBERS

Unknown; probably in the thousands

### TACTICS AND TARGETS

The Sinaloa Cartel protects its revenue-generating operations through threats and violence, including kidnappings, extortion, and murder, targeting rival cartels; civilians; journalists; and Mexican Government officials and law enforcement and military personnel. Sinaloa Cartel members use a variety of small arms, weaponized and surveillance UAS, and explosives to defend smuggling routes and territory.

The Sinaloa Cartel smuggles large quantities of cocaine, fentanyl, heroin, marijuana, and methamphetamine into the United States using plaza bosses along the US-Mexico border. The cartel also produces fentanyl and methamphetamine, importing the majority of the precursor chemicals from suppliers in China and India.

**TERRORIST GROUP DESIGNATION**

The US State Department designated the Sinaloa Cartel as a foreign terrorist organization and Specially Designated Global Terrorist entity in February 2025. In April 2009, US Treasury Department's Office of Foreign Assets Control sanctioned the Sinaloa Cartel pursuant to the Foreign Narcotics Kingpin Designation Act.

## NOTABLE ATTACKS

**SEPTEMBER 2024**

**Sinaloa, Mexico**

Los Chapitos and Los Mayos begin fighting each other, triggering a series of armed attacks, blockades, and murders in Sinaloa after US law enforcement arrested Los Mayos faction leader Ismael Zambada Garcia, a.k.a. El Mayo, in El Paso, Texas.

**5 JANUARY 2023**

**Culiacan, Mexico**

Sinaloa Cartel members attack Mexican security forces at Culiacan International Airport and at a military air base to retaliate for Mexican forces arresting El Chapo's son, Ovidio Guzman Lopez. Guzman is later extradited to the United States.

**17 OCTOBER 2019**

**Culiacan, Mexico**

Sinaloa Cartel members kill 13 people amid an hours-long battle to retaliate for Mexican forces arresting Guzman, who is released to stop the fighting.

(https://www.nctc.gov) | National Counterterrorism Center

(https://get.adobe.com/reader)

Note: Documents in Portable Document Format (PDF) require Adobe Acrobat Reader 5.0 or higher to view

Privacy Policy (https://www.dni.gov/index.php/privacy-policy) | Content Notes | Get Adobe Reader (https://get.adobe.com/reader)

AI Mode All Images Forums Videos More Sign in

what do precursors do when added to synthetic drugs

Precursors are not additives mixed into a finished drug; they are the fundamental chemical building blocks or raw materials that undergo a chemical reaction to form the actual molecular structure of a synthetic drug. FIOD +1

## Role of Precursors

- **Provide Molecular Framework:** They supply the core atomic backbone that gets chemically altered, combined, or rearranged to create the final psychoactive substance.
- **Drive Chemical Reactions:** Acting as reactants, they require specific catalysts, solvents, or reagents to trigger the transformation into a controlled product. FIOD +1
- **Define the Final Product:** The choice of precursor dictates which drug is made (e.g., pseudoephedrine for methamphetamine, or NPP/ANPP for fentanyl). W Wikipedia +1

If you would like, I can provide more details on:

- Specific precursors used for **methamphetamine, MDMA, or fentanyl**
- How international agencies **track and regulate** these chemicals

Ask anything

AI Mode All Images Videos News More Sign in

valorant

Valorant is **a free-to-play, 5v5 tactical character-based shooter developed and published by Riot Games**. The game blends precise, lethal gunplay with unique character abilities, requiring high strategic coordination and sharp mechanical skill.

## Core Gameplay

- **The Setup**: Two teams of five players face off as Attackers versus Defenders.
- **The Goal**: Attackers plant a bomb (called the Spike) while Defenders try to defuse it or prevent the plant.
- **Victory Condition**: The first team to win 13 rounds secures the match victory.
- **Economy System**: Players buy weapons and shields at the start of each round using credits earned from performance.

## Playable Roles & Agents

The roster is split into distinct categories that define a player's strategic purpose:

- **Duellists**: Primary attackers who entry-fight and create space (e.g., Jett, Reyna, Neon).
- **Initiators**: Intel gatherers who flush out enemies and setup teammates (e.g., Sova, Fade, Breach).

Ask anything

+

AI Mode All Images Videos News More Sign in

- **Consoles:** Available digitally via the **PlayStation Store** for PlayStation 5, and the Microsoft Store for Xbox Series X/S.

Are you looking for something specific, like **beginner agent guides, PC system requirements**, or details on the **current esports tournament standings**?

AI can make mistakes, so double-check responses

AI Mode All Images Videos News More Sign in

## Essential Hardware Tools

- **High-FPS PC or Console:** A system capable of running at 144+ FPS prevents stuttering during intense gunfights.
- **144Hz+ Gaming Monitor:** Higher refresh rates make fast-moving enemies much easier to track and shoot.
- **Lightweight Gaming Mouse:** A mouse with a flawless optical sensor ensures your crosshair moves exactly where you intend.
- **Large Cloth Mousepad:** Provides enough physical surface area for precise, low-sensitivity aiming adjustments.
- **Wired Mechanical Keyboard:** Offers fast mechanical switches to ensure your movement inputs register instantly.
- **Stereo Headset with Mic:** Critical for pinpointing enemy footsteps and communicating strategies with teammates.

## Official In-Game Tools

- **The Range:** The built-in practice arena for shooting practice bots, micro-adjusting sensitivity, and testing agent abilities.
- **Custom Games:** A private sandbox mode to turn on cheats, fly around maps, and practice specific ability placements.
- **Premier Mode:** The built-in path-to-pro system where you can form a permanent team and play scheduled weekly matches.
- **Vanguard:** Riot's mandatory, kernel-level anti-cheat software that must run in the background to launch the game.

+

AI Mode All Images Videos News More Sign in

**system specifications**, the best **mouse sensitivity settings**, or **recommended aim training routines**.

what about weapons

Valorant features an arsenal of 19 weapons divided into sidearms and primary weapons. Every weapon has a specific credit cost, bullet penetration tier, and unique recoil pattern. Valorant Wiki +4

## The Meta Rifles (Full Buy Rounds)

These are the most popular primary weapons purchased when your team has a healthy economy:

- **Vandal**: The most used weapon in the game. It delivers 150 headshot damage, securing a **one-tap kill at any distance**, even against full shields.
- **Phantom**: Features a faster fire rate, a larger magazine, and a silencer that **hides your bullet tracers** through smoke. However, its headshot damage drops off at long range. YouTube · MrLowlander +1

## Strategic Sidearms (Pistol & Eco Rounds)

- **Classic**: Your free, default pistol. Its right-click fires a 3-bullet burst, functioning like a mini-shotgun at close range.

+

Budget Finalists (Force Buys & Semi-Ecos)

- **Stinger & Spectre**: High fire-rate SMGs built for run-and-gun scenarios and close-quarters site rushes.
- **Bulldog & Guardian**: Budget rifles. The Bulldog features a 3-round burst when aiming down sights, while the Guardian is a high-damage semi-automatic marksman rifle. YouTube · Berate +3

## Power Weapons (Specialist Situations)

- **Operator**: The most expensive weapon in the game. It is a heavy sniper rifle that guarantees a **one-shot kill to the body or head** at any distance.
- **Outlaw & Marshal**: Budget sniper alternatives. The Outlaw fires two rapid slug shots, while the Marshal boasts high movement speed and quick zoom times. YouTube · Konpeki +4
- **Odin**: A massive, heavy machine gun with an incredible fire rate and **high wall penetration.** It is devastating when spamming through breakable walls and smokes. Valorant Wiki +4

Would you like to see a breakdown of **how the economy system works** across rounds, or do you want to compare the specific **recoil stats of the Vandal versus the Phantom**?

+

AI Mode All Images Videos News More Sign in

so how many weapons are available to kill

There are exactly **20 distinct weapons** available to secure kills in a standard match. This includes **19 guns** that you can purchase from the buy menu, plus the default **Melee (Knife)** that every player carries. Valorant Wiki +2

Here is how the total number breaks down by category: Valorant Wiki +1

## The Tactical Melee (1)

- **The Tactical Knife**: Deals silent damage from behind and yields extra credits if you manage to secure a kill with it.

## Sidearms / Pistols (6)

- **Classic**: Free starting pistol.
- **Shorty**: Double-barrel pocket shotgun.
- **Frenzy**: Fully-automatic machine pistol.
- **Ghost**: Suppressed, accurate handgun.
- **Bandit**: Mid-tier eco pistol built to one-tap light armor.

+

- Judge: Fully automatic, rapid-fire heavy shotgun. Valorant Wiki +2

## Assault Rifles (4)

- **Bulldog**: Budget rifle with automatic and 3-round burst modes.
- **Guardian**: Semi-automatic marksman rifle that one-taps to the head at any range.
- **Phantom:** Silenced automatic rifle with fast fire rates and zero bullet tracers.
- **Vandal**: High-impact automatic rifle featuring universal one-shot headshot lethality. Valorant Wiki +4

## Sniper Rifles (3)

- **Marshal:** High-mobility, cheap sniper rifle.
- **Outlaw:** Double-barrel sniper rifle designed to cleanly eliminate light-armored targets.
- **Operator**: Ultimate high-damage sniper that kills with a single shot to the body or head. Valorant Wiki +4

## Heavy Machine Guns (2)

- **Ares**: Budget LMG with an accelerating fire rate.
- **Odin**: Massive LMG with incredible wall-penetration capabilities and rapid bullet output. IGN +2

*(Note: Certain fun game modes feature exclusive event weapons like the Golden Gun or the Snowball Launcher, but the 20 listed above represent the core arsenal used in Competitive and Unrated modes.)* Valorant Wiki +1

+

game

AI Mode All Images Videos News More Sign in

Gaming / AR ARS

- **Gamma Brain Waves**: These are fast, rhythmic electrical oscillations (30–90 Hz) naturally generated inside your brain when you are intensely focusing, learning, or processing memory. They are not radioactive. PubMed Central (PMC) (... +2

## 3. What Science Says About Radio Frequencies & Brain Waves

- **Fictional Transmitters**: Ideas about a wireless "radio frequency transmitter" designed to remotely "blunt" or manipulate specific brain waves are popular concepts in sci-fi stories and online conspiracy forums.
- **Real-World Medical Tools**: In actual neuroscience, doctors do study how to fix "blunted" or abnormal gamma brain waves (which are linked to Alzheimer's and depression). However, they do not use remote radio transmitters. Instead, they use safe, clinical methods like flashing 40Hz light and sound therapy (gamma entrainment) or specialized, direct-contact medical headsets (like tACS or TMS). PubMed Central (PMC) (... +4

Are you researching this topic for a **science fiction writing project**, or are you interested in how **clinical neurologists treat brain wave disorders** in real life?

+

AI Mode All Images Videos News More ▾ Sign in

what about gamma rays radiation games

**Gamma ray and radiation video games** approach the topic in two distinct ways: sci-fi survival games that use radiation as a gameplay obstacle, and educational games designed to teach nuclear physics.

Like Valorant, these are all completely virtual experiences played on a screen.

## Sci-Fi & Survival Video Games

In mainstream gaming, radiation is usually treated as an invisible environmental hazard, a weapon, or a source of sci-fi mutations:



**The Fallout Series**: The most famous radioactive franchise. Players explore a wasteland centuries after a nuclear war, using a "Geiger counter" on their wrist device to detect invisible patches of radiation. Getting too close to radioactive waste drains your maximum health. Northeastern Global Ne... +4



**S.T.A.L.K.E.R.**: A survival shooter series set around the real-world Chernobyl nuclear disaster site. Players must navigate areas heavily contaminated with ionizing radiation, using special medicine, protective suits, and detector tools to survive.

**Enter the Gungeon**: This fast-paced action game features a

Gungeon

+

AI Mode All Images Videos News More

Sign in

## Educational Games

Government agencies and educators have created specific digital games to teach players about real-world physics and safety:

- **Gamma Gear**: An official educational game created by the Canadian Nuclear Safety Commission. It is designed to safely teach players how radiation is emitted from radioactive decay, how to detect radioactive sources, and how to protect themselves using shielding. Canadian Nuclear Safety C...
- **Gamma-Ray Burst Game**: Hosted by Sonoma State University, this interactive matching game teaches students about the electromagnetic spectrum and the massive cosmic explosions in space that release gamma radiation. afh.sonoma.edu
- **Nuclear Decay Card Games**: Educational tabletop and digital card games modeled after classic games like "War", where players learn the differences between alpha, beta, and gamma radioactive decay by attempting to stabilize their atom cards. Ellen McHenry's Basement ...

## Traditional Role-Playing Games (RPGs)

- **Gamma World**: A classic post-apocalyptic science fantasy tabletop game first published by TSR. Players explore an Earth destroyed by "The Great Upheaval", dealing with crazy mutations caused by centuries of extreme radiation exposure. W Wikipedia +1

Would you like to explore **how Geiger counters work** in survival games, or are you interested in a specific game like Fallout or S.T.A.L.K.E.R.?

+

AI Mode All Images Videos News More Sign in

are there any other games involving gamma rays radiation to kill

Yes, there are several other digital video games that specifically weaponize radiation and gamma rays as a mechanic to eliminate enemies or other players.

## 1. Fallout 4 & Fallout 76

In these post-apocalyptic action RPGs, radiation is a primary combat mechanic. The games feature a dedicated weapon known literally as the Gamma Gun.

- **How it Kills**: It fires a dish-shaped blast of green radiation. It bypasses traditional body armor and directly floods the target with fatal doses of radiation, shrinking their maximum health bar until they collapse.

+

completely, they don't just fall over—they explode in a massive radioactive blast, which can also kill any other nearby enemies caught in the explosion radius. Fandom

### 3. Wasteland Series (Wasteland 2 & 3)

As a gritty, tactical squad-based RPG series, the game rewards players who find rare, high-tech energy weapons. One of the strongest late-game weapons is the Gamma Ray Blaster.

- **How it Kills:** It fires high-frequency cells that melt down mechanical robots and heavily armored targets.
- **Armor Melting:** Unlike bullets, which struggle against thick metal armor, the radiation beam burns hotter the more armor the target is wearing, turning an enemy's own defensive suit into a death trap.

### 4. Space Engineers

This is a realistic, sandbox space survival simulation where players build spaceships and stations.

- **How it Kills:** Players can weaponize the environment by hacking nuclear reactors or handling raw Uranium components without protection. By creating exposed zones of ionizing radiation on an enemy's ship, you can quietly eliminate the opposing faction's crew through the walls without firing a single bullet.

Are you looking for a game where you use these weapons in a **fast-paced multiplayer arena** (like Battle Bears), or do you prefer a **story-driven survival game** (like Fallout)? Reddit · r/gamingsuggestions

+

are weapons needed as well

Whether weapons are needed **depends entirely on how radiation is used in the game's mechanics**.

In some games, you need a literal weapon to shoot radiation at enemies. In others, radiation is an environmental hazard where you don't use weapons at all —instead, you use the environment itself as the trap.

## 1. Games Where Weapons ARE Needed

In action-oriented shooters or RPGs, radiation is treated just like a bullet or a laser. You must find, buy, or craft a specific physical gun to channel the energy:

- **The Gamma Gun (Fallout):** You must equip this physical handgun in your

+

AI Mode All Images Videos News More Sign in

- **Reactor Sabotage (Space Engineers)**: You can eliminate an enemy crew simply by grinding down the protective metal shielding around a nuclear reactor. The leaking radiation kills anyone who walks into that room automatically.
- **Pollution and Waste (Civilization / SimCity)**: In these strategy games, you can destroy enemy populations or rival cities by building dirty nuclear power plants that meltdown, or by dumping toxic waste near their borders. No traditional weapons are ever fired.
- **Environmental Luring (S.T.A.L.K.E.R.)**: Players can trick or push enemy characters into invisible "radioactive hotspots" or anomalies on the map, letting the toxic environment do the killing for them.

Are you more interested in games where you **personally shoot high-tech energy guns**, or do you prefer tactical games where you **manipulate the environment** to defeat enemies?

+

AI Mode All Images Videos News More Sign in

Here are the best games where you **do not use traditional guns**, but instead manipulate environmental radiation, nuclear physics, and toxic waste to defeat enemies, destroy cities, or solve puzzles.

## 1. Cities: Skylines II

In this realistic city-building simulation, you manage an entire metropolitan infrastructure, and pollution can be weaponized against your population.

- **The Manipulation**: You can purposefully build high-radiation **Nuclear Power Plants** or toxic industrial zones upstream from your city's water pumps or right next to residential neighborhoods.
- **The Result**: The ground and water pollution spreads invisibly across the map, causing mass sickness and eliminating citizens without a single shot being fired.

## 2. People Playground

This is a physics-based sandbox game designed entirely around experimenting with different environmental hazards on ragdoll characters.

- **The Manipulation**: You can spawn a **Generator** and wire it directly to a **Liquid Vat** filled with radioactive waste, or expose characters directly to raw nuclear rods.
- **The Result**: The radiation slowly alters the cells of the ragdolls, melting their skin, causing their bones to break under pressure, or turning them into unstable, exploding mutants.

"Uncanny Valley" dolls

## 3. Oxygen Not Included

+

### 4. Plague Inc: Evolved

A global strategy simulation game where your goal is to evolve a pathogen to wipe out humanity before scientists can develop a cure.

- **The Manipulation**: If you choose the "Bio-Weapon" or "Necroa Virus" scenario, you can evolve specific genetic traits like **Environmental Hardiness** and **Rad-Resistant Mutation**.
- **The Result**: This allows your pathogen to thrive in nuclear-waste dump zones or radiation-heavy environments, using the contaminated terrain to accelerate the spread and elimination of human populations.

### 5. Noita

A magical action-roguelike where **every single pixel on the screen is physically simulated**, meaning liquids flow, gases rise, and materials react realistically.

- **The Manipulation**: The game features pools of bright green **Toxic Sludge**. Instead of shooting enemies, you can blast open the bottom of a container to flood a room, or shoot a hole in a ceiling to drop radioactive waste directly onto an enemy's head.
- **The Result**: The sludge eats away at the enemy's health bar continuously until they dissolve.

Would you like to look closer at a **physics sandbox** like *People Playground*, or are you more interested in a **large-scale strategy game** like *Cities: Skylines*?

+

blunted gamma brain waves radio

Sign in

All Shopping Images Videos Forums Short videos More Tools

AI Overview

The terms **blunted gamma brain waves** and **radio frequency (RF) transmitters** sit at the intersection of neuroscience, neuromodulation, and consumer electronics.

**Gamma brain waves** are high-frequency neural oscillations (typically **30 to 100 Hz**) associated with peak cognitive focus, information processing, and working memory. When these waves are "blunted" (suppressed or lacking power), it is clinically linked to cognitive deficits, memory problems, or neurological conditions like Alzheimer's disease and schizophrenia. WebMD +3

How radio frequency transmitters interact with this mechanism can be understood through two distinct contexts: therapeutic clinical research and general environmental exposure.

## 1. Therapeutic Neuromodulation (Clinical Context)

In medical science, researchers use specific, highly targeted electromagnetic and radio frequency fields to **restore or optimize** blunted brain waves, rather than cause them. PubMed Central (PMC) ... +1

- **REAC Technology:** Devices utilizing Radio Electric Asymmetric Conveyer (REAC) technology emit weak, precise radio-electric fields. Clinical case studies suggest that these non-invasive transmitters can modulate and optimize disrupted gamma rhythms to help improve cognitive coherence and emotional recovery. PubMed Central (PMC) (.g...
- **Alternating Stimulation:** While most mainstream gamma-boosting therapies rely on sensory tools (like MIT's GENUS 40 Hz light and sound therapy), electronic neuromodulation via targeted micro-currents or pulsed electromagnetic fields is actively studied to reverse "blunted" brain states. MIT News +1

## 2. Environmental RF Exposure (Safety & Testing Context)

When looking at standard consumer **RF transmitters** (such as cell phones, Wi-Fi routers, and Bluetooth devices operating in the MHz and GHz ranges), the scientific consensus regarding their impact on neural oscillations points toward complex, heavily researched boundaries. PubMed Central (PMC) (.g...

Sign in

minor oxidative stress. This can theoretically alter the brain's baseline power spectrum, occasionally shifting the balance of slow (alpha/theta) versus fast (beta/gamma) waves. PubMed Central (PMC)... +2

- **Regulatory Oversight:** Standard consumer electronics are strictly bounded by FCC guidelines and global specific absorption rate (SAR) limits to ensure that the energy emitted by commercial RF transmitters is too low to cause significant, adverse neurophysiological changes or disrupt micro-scale brain wave patterns.

## Comparison of Technologies

| Context | Mechanism | Primary Goal Regarding Gamma Waves |
|---|---|---|
| **Medical Devices (e.g., REAC)** | Targeted, micro-scale radio-electric frequencies | **Optimizes / Restores** blunted or disorganized brain waves. |
| **Sensory Entrainment (GENUS)** | 40 Hz pulsed auditory, visual, or tactile stimuli | **Boosts** gamma amplitude to clear metabolic waste and improve memory. |
| **Consumer Electronics (Wi-Fi, Cellular)** | High-frequency (MHz/GHz) ambient data transmission | Governed by safety limits to **prevent** any harmful thermal or biological impact. |

If you are investigating this due to symptoms like brain fog, difficulty concentrating, or memory issues (which mimic a blunted gamma state), it is usually beneficial to discuss these symptoms with a medical professional. They can look at actionable, evidence-based paths to support cognitive function. WebMD +1

ryoko pro portable wifi

Sign in

All Shopping Images Videos Short videos News More Tools

Involved w/ IP addresses to hack, destroy and kill

getryoko.com
http://www.getryoko.com

## Ryoko Pro Official

Unlimited Wi-Fi, No Contract — International Wi-Fi access in Europe, USA, Canada, Australia and more than 150 Countries. Great data prices. No contracts, No roaming fees. Global coverage - perfect for travel. No wires, no limits.

How It Works

How To Use It

International Wi-Fi

150+ Countries, Unlimited Data

Wi-Fi in 150+ Countries

Visible
https://www.visible.com

## Visible Wireless | The ultimate wireless hack

Browse, stream and scroll with unlimited data powered by Verizon. Explore Visible plans.

Hide sponsored results

AI Overview

The Ryoko Pro Portable WiFi is **a pocket-sized 4G LTE wireless router that provides a secure, private internet hotspot on the go**. It costs roughly $30 to $50, connects up to 10 devices at once, and includes a pre-installed SIM card with a small amount of initial data. YouTube · Cybernews +3

### Key Features

- **Global Connectivity:** Automatically links to local cellular towers across over 75 to 112+ countries without high traditional roaming fees.
- **Security & Blocking:** Features a built-in ad blocker to filter out malware, phishing attempts, and tracking scripts.
- **Battery & Power:** Compact frame with USB-C fast charging.
- **Ease of Use:** Displays network name, password, and connection QR codes directly on the built-in screen. Ryoko portable wifi hot... +3

### User Realities and Costs

- **Ongoing Data Plans:** While the unit comes with a nominal amount of free data (usually around 500MB via providers like Viaota), users must buy ongoing data packages separately.
- Opinions are mixed on Reddit; some users find it handy and functional for light travel browsing, while others note that speeds can lag behind a standard smartphone mobile hotspot.

ELCTROMAGNETIC TRANSMITTER

Sign in

All Shopping Images Videos Short videos Forums More Tools

These are results for ***ELECTROMAGNETIC*** TRANSMITTER

Search instead for ELCTROMAGNETIC TRANSMITTER

**AI Overview**

An electromagnetic transmitter is **a device that generates and radiates electromagnetic energy**, ranging from radio waves used in wireless communication to low-frequency magnetic signals used in industrial tracking and flow measurement. IK-Trax +5

## Core Types and Uses

- **Radio Frequency (RF) Transmitters:** Create alternating currents sent to an antenna to broadcast data, TV signals, cell service, Wi-Fi, and radar. W Wikipedia +1
- **Industrial Flow Transmitters:** Work with Magnetic Flow Meters to read voltage generated by moving conductive liquids and turn it into flow data. Emerson.com +2
- **Subsurface/Pipeline Transmitters:** Send out low-frequency magnetic fields to track underground boring tools or locate pipeline inspection gauges (pigs) from the surface. IK-Trax +2

Watch this video to see how a magnetic flow meter transmitter converts induced voltage into usable flow data:




**Introduction to Magnetic Flowmeter Technology**

5.6K views · 1 year ago

YouTube · Rosemount

IK-Trax

**Electromagnetic Transmitter Technology | Precise Pig Location**

Precise Detection * Pipeline pigs can be fitted with Electromagnetic Transmitters, enabling

Wikipedia

https://en.wikipedia.org › wiki › Transmitter

## Transmitter

A radio transmitter is usually part of a radio communication system which **uses electromagnetic waves** (radio waves) to transport information (in this case ... Read more

## People also ask

Is it possible to transmit electricity through the air?

**AI Overview**

Sign in

microwaves. W Wikipedia +1

### How It Works

- **Short Range:** Coils use magnetic fields to share power. This is how electric toothbrushes and phone charging pads work.
- **Long Range (Beaming):** Systems turn electricity into invisible waves, like lasers, microwaves, or radio waves, and point them at a receiver.
- **Experimental Paths:** New tests use sound waves or lasers to clear a path in the air so electric current can move safely. W Wikipedia +3

### Why We Do Not Use It Everywhere

- **Energy Loss:** Power fades quickly the further it travels through open air.
- **Safety Risks:** Strong beams can cause heat or block other signals.
- **Cost:** Traditional metal wires are much cheaper and lose far less energy. Reddit · r/askscience

Reddit
**Why do we not have wireless electricity y...**
Methods of Wireless Power Transfer: Wireless power...



W Wikipedia
**Wireless power transfer - Wikipedia**
... power is transferred over short distances by magnetic...



Fac
Fin
jus
Transm
throug

What are the four main types of transmitters?

**AI Overview**

**Show more**

What is an electromagnetic flow transmitter?

What is an electronic transmitter?

**AI Overview**

An electronic transmitter is **a device that converts data, audio, video, or physical measurements into a readable signal and sends it across a distance through wires, fiber optics, or wireless radio waves to a receiver**. Testbook +2



Depending on the field of electronics, a transmitter generally falls into one of two major categories:

**Show more**

Sign in

Yes, it is legal to generate your own electricity for personal use. However, as noted by users on Quora, it is subject to local building codes, safety permits, and utility rules. Quora · Amader Electro... +1

**Key Rules and Restrictions**

- **Grid Connection:** You must use a proper transfer switch or grid-synchronized inverter if your system connects to the main power grid. This stops power from flowing backward into lines and hurting utility workers. Quora · Amader Electronics
- **Local Codes:** Some areas require a connection to the public utility grid to meet housing or occupancy laws, even if you make your own power. Quora · Amader Electronics
- **Environmental and Zoning Limits:** Methods like fuel generators, large wind turbines, or small water dams face strict rules on noise, fuel storage, emissions, and water rights. Quora · Amader Electro... +1

Quora
**Is it legal to generate my own electricity to power my house?**
Legality of Self-Generated Power: It is generally legal to generate your own...

Legal Planet
**You Have the Right to Generate Your Own...**
Yes, you have the right to generate your own electricity...

Qu
**Wh... ele...**
* As far... own ele...

AI responses may include mistakes. For legal advice, consult a professional. Learn more

How to transfer electricity without wire?

What is the range of a transmitter?

What are the four main types of sensors?

What is the purpose of a transmitter?

**AI Overview**

The core purpose of a transmitter is **to take physical data, a sensor reading, or information, convert it into a standardized signal, and send it across a wired or wireless medium to a receiving device**. cdsentec.com +3



**Industrial Process Control**

Show more

What is a smart transmitter?

What's another word for transmitter?

What do you use a wireless transmitter for?

What is the cheapest way to generate your own electricity?

How to power your house for free?

Why are plug-in solar panels illegal?

What is an electrical transmitter?

Sign in

**standardized electrical signal**. This output can travel safely over long distances to a control room, display meter, or computer system. YouTube · RealPars +3



### How It Works

- **Measures:** Reads a physical property like heat, pressure, flow, or voltage.
- **Converts:** Changes the raw sensor reading into a clear, standard format.
- **Sends:** Delivers the data across wires without losing strength or accuracy. Facebook · RealPars +4

### Common Types

- **Temperature:** Turns heat data from a probe into an electrical scale.
- **Pressure:** Changes fluid or gas force into a steady electrical value.
- **Power/Voltage:** Measures electrical grids and outputs a safe, low-level DC signal. Nason PTC +2

### Standard Output Signals

- **4 to 20 milliamps (mA):** The most common industrial standard current loop.
- **1 to 5 volts (V):** A standard low-voltage analog choice.
- **Digital protocols:** Modern smart signals that carry extra data over the wire. YouTube · RealPars +2

YouTube · RealPars
**Transmitter Explained | Types of Transmitters**
▶ 4m

Nason PTC
**Transmitters, Transducers, and...**
Transmitter. A transmitter is a device that measures a...

EE\
**What EE**
What is from: •

What are the advantages of using a transmitter?

How does a transmitter work?

What are the types of transmitters?

What is the opposite of transmit?

What's another word for antenna?

What are electronic transmitters?

What is another word for "transmitter"?

What is the main function of a transmitter?

DwyerOmega
https://www.dwyeromega.com › en-us › Series-IEF

## Series IEF Insertion Electromagnetic Flow Transmitter

The Series IEF is an **adjustable insertion flowmeter featuring electromagnetic technology** that accurately and reliably measures fluid velocity.
$3,250.80 to $4,450.85 · In stock · $25 delivery · 90-day returns

More products

AI Overview Gamma Audio (I hear them, they hear everything w/ me):

Gamma brain waves are slow electrical patterns (30-100 Hz) from neurons related to cognition, measured by EEG, while gamma rays are extremely high-energy electromagnetic photons from nuclear events, part of the EM spectrum, highly penetrating, and hazardous; the only similarity is the Greek letter 'gamma' naming them. They originate from different processes (neural activity vs. atomic decay) and exist at vastly different energy levels, with brain waves being very low energy compared to the powerful, ionizing gamma rays.



Electromagnetic Transmitters

## Gamma Brain Waves (Rhythm) Radio Frequency (RF)

- **What they are**: Rhythmic electrical activity (oscillations) of neurons in the brain.
- **Frequency**: Slow (30-100 Hz), measured in Hertz (Hz). (SAR) Specific Absorption Rate
- **Origin**: Synchronized firing of neurons, often linked to attention, memory, and consciousness. ING-Interneuron Network Gamma PING-Pyramidal Interneuron Network Gamma
- **Measurement**: Electroencephalography (EEG) (EEG).
- **Nature**: Very low-energy brain signals, not dangerous radiation.

(3 ft outside the body)

## Gamma Ray Radiation Head pinging, throat pinging (jugular vein), eye ping, ear pinging, heart pinging (Ischmaeic, Molecular) Brain Disorder

- **What it is**: High-energy photons (light particles).
- **Frequency/Energy**: Extremely high frequency and energy, at the top of the electromagnetic (EM) spectrum.
- **Origin**: Nuclear reactions, radioactive decay (e.g., from atomic nuclei).
- **Measurement**: Detected by radiation detectors.
- **Nature**: Ionizing radiation, highly penetrating, can damage living cells, and is a significant health hazard. (affects memory)

## Key Difference Blunted Gamma - Oscillations in the prefrontal cortex of the brain

The names are just labels from the Greek alphabet; brain waves are subtle neural signals, while gamma rays are intense, damaging forms of light from atomic nuclei, with nothing physically in common besides the name.

(TMS) Transcranial Magnetic Stimulation

Is gamma wave the same thing as gamma rays? [closed] (r TMS) repetative rapid sequences - changes brain

BLUNTED GAMMA

Sign in

AI Mode All Shopping Images Videos Forums Short videos More Tools

Alpha-Beta-theta

Gamma brain waves Radio Frequency Transmitter, Deepfake, Anti semetic (smell)

AI Overview

A blunted gamma response generally refers to a reduced, impaired, or weakened signaling of gamma-frequency brain waves or reduced gamma interferon activity in immune responses. It is used as a biomarker for cognitive, neuropsychiatric disorders, including PTSD, mTBI, and depression, or to describe diminished immune cell reaction in chronic illnesses. National Institutes of Health (.gov) +4

**Key Contexts of Blunted Gamma:**

- **Neuroscience (Brain Activity):** Blunted or decreased synchronization in the low-gamma frequency band (25–40 Hz) is linked to mild traumatic brain injury (mTBI) and cognitive decline. This indicates a disruption in neural inhibitory signaling.
- **Immunology (Interferon):** A "blunted gamma delta T-lymphocyte response" has been identified in the lungs of smokers who develop Chronic Obstructive Pulmonary Disease (COPD), indicating a failure of the protective immune mechanism.
- **Neuropsychiatry:** Blunted GABAergic signaling is associated with decreased gamma power, particularly in the prefrontal cortex and amygdala, which is linked to major depression.
- C-reactive protein
- **Imaging & Inflammation:** Elevated inflammation markers (like CRP) are associated with blunted gamma activity in specific brain regions such as the right cerebellum and inferior frontal gyrus. National Institutes of Health (.gov) +5

TNF-a tumor necrosis factor Alpha

**Implications:** MEG/Magnetoencephalography

- **Diagnostic Biomarker:** Measuring blunted evoked gamma responses helps distinguish patient populations with cognitive biotypes of depression.
- **Clinical Research:** Analyzing these responses is used to identify the pathological mechanisms behind disease progression, such as in chronic rejection or lung damage. ERS - European Respiratory Society +

right inferior frontal gyrus / right cerebellum / left anterior cingulate and left midde temporal

Blunted gamma delta T-lymphocyte response in chronic ...

alpha / beta intraparietal sulcus.